UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:17-cv-23033-SCOLA-TORRES

LILA WILSON, MATTHEW MARTINO, THOMAS WILSON, TERESA GARELLA, MARY BLUE, RYAN BROWN, BRIAN MAYTUM, LEIGH GLASBAND, NICK PANOPOULOS, CARISSA MACCHIONE, SYDNEE JOHNSON, JORGE CRUZ, DEBIE GRAY, LORNE SPELREM and ISMAEL ORRANTIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,

Defendants.

**Declaration of George Blake**

I, George Blake, declare, under penalty of perjury as follows:

1. I am Director—Product Liaison for Volkswagen Group of America, Inc. ("VWGoA"). I make this declaration upon personal knowledge, in support of VWGoA's motion to dismiss Plaintiffs' Amended Complaint.

2. I am familiar with records maintained by VWGoA in the regular course of business, including the Warranty and Maintenance Booklets that accompany the sale and lease of Volkswagen vehicles, such as the Volkswagen CC vehicles purchased or leased by Plaintiffs.

3. Attached hereto as Exhibit "A" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to Plaintiff Ryan Brown's 2010 Volkswagen CC.

4. Attached hereto as Exhibit "B" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to Plaintiff Sydnee Johnson's 2011 Volkswagen CC.

5. Attached hereto as Exhibit "C" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to the 2012 Volkswagen CC vehicles of Plaintiffs Lila Wilson, Thomas Wilson, Mary Blue, Lorne Spelrem, Debbie Gray, and Nick Panopoulos.

6. Attached hereto as Exhibit "D" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to the 2013 Volkswagen CC vehicles of Plaintiffs Matthew Martino, Jorge Cruz, and Leigh Glasband.

7. Attached hereto as Exhibit "E" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to the 2014 Volkswagen CC vehicles of Plaintiffs Teresa Garella, Carissa Macchione, and Brian Maytum.

8. Attached hereto as Exhibit "F" is a true and correct copy of the USA Warranty and Maintenance booklet applicable to Plaintiff Ismael Orrantia's 2015 Volkswagen CC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 08, 2018

George Blake

# EXHIBIT A

s3ls.1.book Page i Tuesday, October 20, 2009 4:17 PM

# USA Warranty and Maintenance

*Volkswagen*

*Model year 2010*





s3ls.1.book Page ii Tuesday, October 20, 2009 4:17 PM





# Afterword

It has always been Volkswagen's policy to continuously improve its products. Volkswagen, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

All rights reserved.

May not be reproduced or translated in whole or in part without the written consent of Volkswagen Group of America, Inc. Specifications are subject to change without notice.

Text and specifications in this manual are based on information and knowledge available at the time of printing.

May not be reproduced or translated in whole or in part without consent of Volkswagen AG.

Printed in Mexico

© 2009 Volkswagen AG

 For the sake of environment

Printed on environmentally friendly paper (bleached without chlorine, recyclable).



s3ls.1.book  Page iv  Tuesday, October 20, 2009  4:17 PM



USA Warranty and Maintenance | Volkswagen
Print status: 10.2009
| Art.-Nr.: 103.5W5.WAM.23 | Ausgabe: englisch Nordamerika 11.2009

s3ls.1.book Page 1 Tuesday, October 20, 2009 4:17 PM

# Table of contents

**Warranty** ..... 2
Owner's information ..... 2
New Vehicle Limited Warranty ..... 3
Powertrain Limited Warranty ..... 6
Limited Warranty Against Corrosion Perforation ..... 9

**Federal Emissions Warranties** ..... 11
General ..... 11
Federal Emissions Control System Defect Warranty ..... 11
Federal Emissions Performance Warranty 12
Additional Information About Your Federal Emissions Warranties ..... 14

**Kansas Safety Belt Limited Warranty** ..... 16
Information about Kansas Safety Belt Limited Warranty ..... 16

**Customer Care** ..... 17
Volkswagen dealer assistance ..... 17
Volkswagen corporate assistance ..... 17
Repairs not covered by warranty ..... 18

**Consumer Protection Information** 19
BBB AUTO LINE Dispute Resolution ..... 19
State-Specific Warranty Enforcement Laws 19
NOTICE TO CALIFORNIA PURCHASERS . 20

**Service Publications** ..... 22
Volkswagen Technical Literature Ordering Center ..... 22

**Tire Manufacturers** ..... 23
List of tire manufacturers for new Volkswagen vehicles ..... 23

**Maintenance** ..... 24
Warranty voucher ..... 24
Odometer replacement and other dealer stamps ..... 25
Service information ..... 26
Volkswagen Carefree Maintenance Program ..... 27
Service schedule ..... 29
Additional service ..... 39
Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program) ..... 40
Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only: ..... 42
Brake fluid replacement ..... 46




# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your new Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and powertrain limited warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a limited warranty corrosion against perforation for a period of 12 years irrespective of mileage.**

In addition, your vehicle is covered by emissions limited warranties mandated by Federal law. If you are a resident of the State of California, Connecticut, Maine, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington or the Commonwealths of Massachusetts and Pennsylvania and have purchased a California emissions equipped vehicle, you may also have rights under California mandated emissions warranties. Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**
**Telephone: 1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealership. If it is not resolved through your dealership, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

Complete details of Volkswagen's Customer CARE programs begin on ⇒ page 17.

- **Notice of Address Change**
- **Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer. ◀

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

### Coverage

This limited warranty covers any repair to correct a manufacturer's defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads worn below manufacturer specifications, brake discs worn below manufacturer specifications, and light bulbs[1] replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

**Original Equipment Battery**

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

**Mechanical Adjustments**

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

**Towing / Jump start**

Towing service to the nearest authorized Volkswagen dealer and/or a jump start are covered for 3 years or 36,000 miles, whichever occurs first, IF your vehicle is inoperable AND the failure is warrantable.

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser ▶

[1] Excludes Halogen and Xenon headlight bulbs, which are covered for 3 years or 36,000 miles, whichever occurs first. Headlight bulbs damaged by outside influence are not covered.

or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

#### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part.

#### Emergency repairs

If an emergency repair was performed by a non-Volkswagen service facility, keep all receipts, repair orders, and parts removed from your Volkswagen model.

You will be reimbursed if the repair work was needed and correctly performed and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer.

A statement of the circumstances that prevented you from getting to an authorized Volkswagen dealer, together with the paid receipts, repair orders, and replaced parts must be submitted to your authorized Volkswagen dealer in order to be considered for reimbursement. ◀

## What is not covered

#### Tires

Tires are not covered by this warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

#### Maintenance services[2] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service[2].

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

#### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or ▶

2) Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.







- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

### Glass

This limited warranty does not cover glass breakage, unless due to a defect in manufacturer's material or workmanship.

### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[3].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

### Other terms

This New Vehicle Limited warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◀

[3] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

s3ls.1.book Page 6 Tuesday, October 20, 2009 4:17 PM

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

**Engine:** Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

**Transmission:** Case and all internal parts, torque converter, all related seals and gaskets.

**Drivetrain:** Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a “demonstrator” or “company” car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

## What is not covered

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle.

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging**[4].

[4] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.






s3ls.1.book Page 8 Tuesday, October 20, 2009 4:17 PM

8 Warranty

**The "Other Terms" Presented in The New Vehicle Limited Warranty also apply to this warranty.**

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation**.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a “demonstrator” or “company” car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

### Tips

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect. ◀

s3ls.1.book Page 10 Tuesday, October 20, 2009 4:17 PM

## What is not covered

**Surface corrosion without perforation**

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

**Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface**

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

**Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle**

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealership will do its best to match your vehicles original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

**Environmental damage**

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

**Corrosion perforation because of failure to rustproof when collision damage is repaired**

Body parts that have been repaired or newly installed after a collision must be treated with a rustproofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

**Tips**

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. (“Volkswagen”) for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the State of California, Connecticut, Maine, New Jersey, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located on the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**
Tel.: **1 (800) 822-8987** ◀

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. (“Volkswagen”), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2010** Volkswagen vehicle imported by Volkswagen:

- was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts ▶



or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers
- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◀

## For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD) ◀

# Federal Emissions Performance Warranty

## For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. (“Volkswagen”), to the original retail purchaser or original lessee of a **model year 2010** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- the vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Smog Check inspection, or
- if the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails a Smog Check inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on-board diagnostic device (OBD), and
- the failure of the Smog Check inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and ▶








Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 20 of 307

s3ls.1.book Page 13 Tuesday, October 20, 2009 4:17 PM

- the vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use.

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed a Smog Check inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in your Volkswagen Maintenance booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the Smog Check inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- the use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Smog Check inspection failure





# Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instruction for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacements

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next

scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States California Emissions Warranties, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Paid receipt(s)
- Repair order(s) and
- Part(s) removed from your Volkswagen model

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

 Tips

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".**

- You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105.




s3ls.1.book Page 16 Tuesday, October 20, 2009 4:17 PM

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

Damage or failure was due to misuse, alteration, accident, or collision damage

Color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly ◀

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealership.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◀

## Volkswagen corporate assistance

If your concerns are not resolved to your satisfaction by the dealer, please contact Volkswagen by calling our toll-free number:

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**

You can also contact us using our Internet address:

www.vw.com.

Simply click on “Contact Us”.

When you call or write, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◀

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◀

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, be represented by an attorney, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the timeframe specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision.

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as “lemon laws”) that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that the owner first send written notification to Volk-







swagen explaining the nonconformity that the owner has experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before the owner pursues other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that the owner provide the written notification). The owner should send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**

**IMPORTANT NOTICE:** Depending on the state's law, the owner may also be required to submit their complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, owners are advised to research and follow the laws in their state.

# NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (4200 Wilson Boulevard, Suite 800, Arlington, Virginia 22203). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100.**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death







or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR

- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program.





# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles.

Bulletins cover a wide variety of subjects: the proper use and care of your car, costly repairs, inexpensive repairs or adjustments, which, if done early, may avoid costly future repairs. Some bulletins describe repairs about new or unexpected conditions. Others describe improved repair procedures or parts improvements. All of this information can also help a qualified technician better service your vehicle.

Most bulletins apply to conditions affecting a small number of vehicles. Your dealer or a qualified technician may have to determine if a specific bulletin applies to your vehicle. You can order Volkswagen bulletins, Volkswagen repair information and Volkswagen Owner's Literature 24 Hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

www.vw.com

You can contact our literature distribution service at:

Tel.: **1 (800) 544-8021** 

### What you will also find on the website

- A list of Volkswagen bulletins for 1985 and later model years, covering all North American specification Volkswagen models.
- Ordering and pricing information on how to buy specific bulletins.
- Ordering and price information for Volkswagen Repair Manuals on paper format, CD ROM or DVD.
- Ordering and price information for Volkswagen Electrical Wiring Diagrams.
- Owner’s Manuals
- Maintenance Booklets
- Warranty Manuals
- Sound System Manuals

⚠ WARNING

**These bulletins are intended for qualified technicians. They are not meant for the CASUAL do-it-yourselfer. Qualified technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. Improperly performed repairs or maintenance can adversely affect the safety of your vehicle, possibly leading to accident or injury. They may also impair the economy, durability or reliability of your vehicle and may void the warranty of your car. If you are not sure that you can perform a job properly and safely, you should not risk trying to do so.**




s3ls.1.book Page 23 Tuesday, October 20, 2009 4:17 PM

# Tire Manufacturers

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

Tire Manufacturers

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548–4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847–3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847–3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, New Jersey 07470
Tel.: 1 (877) 740-7000 ◀

# Maintenance

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is purchased to either the original purchaser of the original lessee: or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment






# Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer




# Service information

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service Advisor about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service Advisor can answer any questions you may have.

### Do-it-yourself service

Your Owner‘s Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car‘s interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1. A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle’s maintenance services and all repairs performed in a timely manner.
2. **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturer‘s specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**
3. If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your war-**

**ranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.**

# Volkswagen Carefree Maintenance Program

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled Maintenances described in this booklet are covered with no charge for 3 years or 36,000 miles, whichever occurs first.

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program Service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program Service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

## Missed Maintenance Service

Volkswagen recommends that the customer have Maintenance Services performed at the scheduled time or mileage.

However, if a Maintenance Service is missed, it need not be “picked up” later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in the Maintenance Schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.
- Volkswagen will **not** reimburse owners for Maintenance Services performed at independent facilities. ◀

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee: or if the vehicle is first placed in service as a “demonstrator” or “company” car, on the date such vehicle is first placed in service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period. ◀

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model.

It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service Advisor can answer any questions you may have.

- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service Advisor.

<table>
<tr><th colspan="2">Delivery Inspection</th></tr>
<tr><td colspan="2">Before your vehicle is delivered to you, it is inspected according to factory guidelines.<br>The Delivery Inspection was performed on:</td></tr>
<tr><td>Next Service:</td><td rowspan="4">Today‘s date<br>and Volkswagen Dealer stamp</td></tr>
<tr><td>Date: ........................</td></tr>
<tr><td>Miles:...................</td></tr>
<tr><td>(whichever occurs first)</td></tr>
</table>




## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Second battery: Check **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |




s3ls.1.book Page 31 Tuesday, October 20, 2009 4:17 PM

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (**if applicable**)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |

s3ls.1.book Page 32 Tuesday, October 20, 2009 4:17 PM

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Coolant level and frost protection: Check
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L, and 3.0L TDI only)**
- Haldex clutch: Change oil **(if applicable)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level **(if applicable)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Second battery: Check **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.5L, 3.2L, 3.6L, and 4.2L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |






## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |





## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Second battery: Check **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.0L gasoline engine only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |





## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals (**if applicable**)
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace (**if applicable**)
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check (**from above**) for leaks and damage
- Engine and engine compartment components: Check (**from below**) for leaks and damage, check transmission, final drive, and drive shaft boots

- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace (**2.0L, and 3.0L TDI only**)
- Haldex clutch: Change oil (**if applicable**)
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level (**if applicable**)
- Rear window: Check cleaning nozzle functionality (**if applicable**)
- Ribbed V-belt: Check condition
- Second battery: Check (**if applicable**)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (**2.5L, 3.2L, 3.6L, and 4.2L only**)
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (**including spare**)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |

## Service at 100,000 miles

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Second battery: Check **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |






## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Replace **(if applicable, except 2.0L TDI)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |







s3ls.1.book Page 38 Tuesday, October 20, 2009 4:17 PM

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel particulate filter: **Only after 120,000 miles,** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. Subsequent DPF replacement interval is a minimum of 120,000 miles, thereafter. **(2.0L and 3.0L TDI engine only)**

- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L, and 3.0L TDI only)**
- Haldex clutch: Change oil **(if applicable)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level **(if applicable)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Second battery: Check **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(All engines except TDI)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Replace **(2.0L TDI only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today‘s date and Volkswagen Dealer stamp |





# Additional service

## Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Dust and pollen filter: Replace **(if applicable)**
- Check latch for convertible roof **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**
- Brake fluid: Replace. **First fluid replacement included under the Volkswagen Carefree Maintenance Program (New Beetle).**

**Every 3 years, then every 2 years regardless of miles driven:**

- Brake fluid: Replace. **First fluid replacement included under the Volkswagen Carefree Maintenance Program (CC, Touareg, Eos, Passat, Jetta models, GTI, Golf, Tiguan, Passat CC).**

**Every 4 years regardless of miles driven:**

- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Spark plugs: Replace
- Air filter element and snow filter: Replace and clean housing
- Tire pressure sensors: Replace **(if applicable)** ◀

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 47 of 307

s3ls.1.book Page 40 Tuesday, October 20, 2009 4:17 PM

# Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program)

**Service at every 5,000 miles and every 5,000 miles thru 35,000 miles.**

- AdBlue® Fluid: Check and add if necessary **3.0L TDI engine only**

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today's date and Volkswagen Dealer stamp |




| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today‘s date and Volkswagen Dealer stamp |

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today‘s date and Volkswagen Dealer stamp |

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| | Today‘s date and Volkswagen Dealer stamp |

# Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only:

**Service at 40,000 miles and every 5,000 miles after.**

- AdBlue® Fluid: Check and add if necessary

**3.0L TDI engine only**

AdBlue® check

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today‘s date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today‘s date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today‘s date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today‘s date and Volkswagen Dealer stamp |






s3ls.1.book Page 43 Tuesday, October 20, 2009 4:17 PM

AdBlue® check

**An AdBlue® check was performed on: ..........................................**

| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |
|---|---|

**An AdBlue® check was performed on: ..........................................**

| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |
|---|---|

**An AdBlue® check was performed on: ..........................................**

| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |
|---|---|

**An AdBlue® check was performed on: ..........................................**

| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |
|---|---|

AdBlue® check

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

AdBlue® check

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 2 years regardless of mileage driven, and every 2 years thereafter regardless of mileage driven. **First fluid replacement included under the Volkswagen Carefree Maintenance Program (New Beetle).**

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven. **First fluid replacement included under the Volkswagen Carefree Maintenance Program (CC, Touareg, Eos, Passat, Jetta models, GTI, Golf, Tiguan, Passat CC).**

Brake Fluid Replacement Record

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today‘s date and<br>Volkswagen Dealer stamp |




Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 54 of 307

s3ls.1.book Page 47 Tuesday, October 20, 2009 4:17 PM

Brake Fluid Replacement Record

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |




# EXHIBIT B



# USA Warranty and Maintenance

CC, Eos, GTI, Golf, Tiguan, Touareg
Model year 2011



# Table of contents

**Warranty** .......... 2

Owner's information .......... 2
New Vehicle Limited Warranty .......... 3
Powertrain Limited Warranty .......... 6
Limited Warranty Against Corrosion Perforation .......... 9

**Federal Emissions Warranties** .......... 11

General .......... 11
Federal Emissions Control System Defect Warranty .......... 11
Federal Emissions Performance Warranty .......... 12
Additional Information About Your Federal Emissions Warranties .......... 14

**Kansas Safety Belt Limited Warranty** .......... 16

Information about Kansas Safety Belt Limited Warranty .......... 16

**Customer Care** .......... 17

Volkswagen dealer assistance .......... 17
Volkswagen corporate assistance .......... 17
Repairs not covered by warranty .......... 18

**Consumer Protection Information** .......... 19

BBB AUTO LINE Dispute Resolution .......... 19
State-Specific Warranty Enforcement Laws .......... 19
NOTICE TO CALIFORNIA PURCHASERS .......... 20

**Service Publications** .......... 22

Volkswagen Technical Literature Ordering Center .......... 22

**Tire Manufacturers** .......... 23

List of tire manufacturers for new Volkswagen vehicles .......... 23

**Maintenance** .......... 24

Warranty voucher .......... 24
Odometer replacement and other dealer stamps .......... 25
Service information .......... 26
Volkswagen Carefree Maintenance Program 28
Service schedule .......... 29
Additional service .......... 39
Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program if within 3 years of original in-service date) .......... 40
Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only: .......... 42
Brake fluid replacement .......... 47

111.5U3.WAR.23

# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your new Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and Powertrain Limited Warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a Limited Warranty Against Corrosion Perforation for a period of 12 years irrespective of mileage.**

In addition, your vehicle is covered by Emissions Limited Warranties mandated by Federal law. If you are a resident of the State of California, Connecticut, Maine, Maryland, New Jersey, New York, New Mexico, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania and have purchased a California emissions equipped vehicle, you may also have rights under California mandated emissions warranties. Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**
**Telephone: 1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealership. If it is not resolved through your dealership, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

Complete details of Volkswagen's Customer CARE programs begin on ⇒ page 17.

- **Notice of Address Change**
- **Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer. ◀

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

### Coverage

This limited warranty covers any repair to correct a manufacturer's defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads worn below manufacturer specifications, brake discs worn below manufacturer specifications, and light bulbs[1] replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

**Original Equipment Battery**

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

**Mechanical Adjustments**

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

**Towing / Jump start**

Towing service to the nearest authorized Volkswagen dealer and/or a jump start are covered for 3 years or 36,000 miles, whichever occurs first, IF your vehicle is inoperable AND the failure is warrantable.

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will re- ▶

[1] Excludes Halogen and Xenon headlight bulbs, which are covered for 3 years or 36,000 miles, whichever occurs first. Headlight bulbs damaged by outside influence are not covered.

111.5U3.WAR.23

pair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part.

### Emergency repairs

If an emergency repair was performed by a non-Volkswagen service facility, keep all receipts, repair orders, and parts removed from your Volkswagen model.

You will be reimbursed if the repair work was needed and correctly performed and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer.

A statement of the circumstances that prevented you from getting to an authorized Volkswagen dealer, together with the paid receipts, repair orders, and replaced parts must be submitted to your authorized Volkswagen dealer in order to be considered for reimbursement. ◀

## What is not covered

### Tires

Tires are not covered by this limited warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

### Maintenance services[2] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service[2].

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as Salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or ▶

[2] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as Salvage parts).

#### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

#### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

#### Glass

This limited warranty does not cover glass breakage, unless due to a defect in manufacturer's material or workmanship.

#### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

#### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[3].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

#### Other terms

This New Vehicle Limited warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◀

[3] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

**Engine:** Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

**Transmission:** Case and all internal parts, torque converter, all related seals and gaskets.

**Drivetrain:** Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◀

## What is not covered

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as Salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as Salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging[4].** ▶

[4] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

111.5U3.WAR.23

**The "Other Terms" Presented in The New Vehicle Limited Warranty also apply to this warranty.** ◀

USA Warranty and Maintenance

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect. ◀

111.5U3.WAR.23

## What is not covered

**Surface corrosion without perforation**

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

**Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface**

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

**Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle**

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealership will do its best to match your vehicles original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

**Environmental damage**

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

**Corrosion perforation because of failure to rust-proof when collision damage is repaired**

Body parts that have been repaired or newly installed after a collision must be treated with a rust-proofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

ℹ The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty. ◀

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the State of California, Connecticut, Maine, Maryland, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**
Tel.: **1 (800) 822-8987** ◀

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2011** Volkswagen vehicle imported by Volkswagen:

- was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter ▶

111.5U3.WAR.23

- EGR System: including valves, pipes and coolers
- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◀

### For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD) ◀

## Federal Emissions Performance Warranty

### For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), warrants to the original retail purchaser or original lessee of a **model year 2011** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- the vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Inspection and Maintenance test or inspection, or
- if the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails an Inspection and Maintenance test or inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on-board diagnostic device (OBD), and
- the failure of the Inspection and Maintenance test of inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and
- the vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use. ◀

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an Inspection and Maintenance test or inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in your Volkswagen Maintenance booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the Inspection and Maintenance test or inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- the use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Inspection and Maintenance test or inspection failure ◀

111.5U3.WAR.23

## Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instructions for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacements

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United ▶

States Federal Emissions Warranties, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Repair order(s) and
- Part(s) removed from your Volkswagen model

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".**

- You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105. ◀

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, from the vehicle's original in-service date, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

If damage or failure was due to misuse, alteration, accident, or collision; or

Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly.

Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly. ◀

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealership.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◀

## Volkswagen corporate assistance

If your concerns are not resolved to your satisfaction by the dealer, please contact Volkswagen by calling our toll-free number:

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road**
**Rochester Hills, MI 48309**

You can also contact us using our Internet address:

www.vw.com.

Simply click on “Contact Us”.

When you call or write, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◀

111.5U3.WAR.23

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◀

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, be represented by an attorney, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the timeframe specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◀

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that the owner first send written notification to Volkswagen explaining the nonconformity that the owner has experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before the owner pursues other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that the owner provide the written notification). The owner should send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road** ▶

111.5U3.WAR.23

**Rochester Hills, MI 48309**

IMPORTANT NOTICE: Depending on the state's law, the owner may also be required to submit their complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, owners are advised to research and follow the laws in their state. ◀

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (4200 Wilson Boulevard, Suite 800, Arlington, Virginia 22203). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100.**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3499 West Hamlin Road** ▶

**Rochester Hills, MI 48309**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program. ◀

111.5U3.WAR.23

# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles.

Bulletins cover a wide variety of subjects: the proper use and care of your car, costly repairs, inexpensive repairs or adjustments, which, if done early, may avoid costly future repairs. Some bulletins describe repairs about new or unexpected conditions. Others describe improved repair procedures or parts improvements. All of this information can also help a qualified technician better service your vehicle.

Most bulletins apply to conditions affecting a small number of vehicles. Your dealer or a qualified technician may have to determine if a specific bulletin applies to your vehicle. You can order Volkswagen bulletins, Volkswagen repair information and Volkswagen Owner's Literature 24 Hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

www.vw.techliterature.com

### What you will also find on the website

- A list of Volkswagen bulletins for 1985 and later model years, covering all North American specification Volkswagen models.
- Ordering and pricing information on how to buy specific bulletins.
- Ordering and price information for Volkswagen Repair Manuals on paper format, CD ROM or DVD.
- Owner's Manuals
- Maintenance Booklets
- Warranty Manuals
- Warranty and Maintenance Manuals
- Sound System and Navigation Manuals

**⚠ WARNING**

**These bulletins are intended for qualified technicians. They are not meant for the CASUAL do-it-yourselfer. Qualified technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. Improperly performed repairs or maintenance can adversely affect the safety of your vehicle, possibly leading to accident or injury. They may also impair the economy, durability or reliability of your vehicle and may void the warranty of your car. If you are not sure that you can perform a job properly and safely, you should not risk trying to do so.** ◀

# Tire Manufacturers

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

### Tire Manufacturers

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548–4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847–3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847–3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, 07470
Tel.: 1 (877) 740-7000 ◀

111.5U3.WAR.23

# Maintenance

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is delivered to either the original purchaser of the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

1.

2.

3.

4.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

111.5U3.WAR.23

## Service information

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service consultant about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1 A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.

2 **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturer's specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**

3 If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control sys- ▶

**The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.**

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**



## NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE

Complete Vehicle Identification Number

Last Name First Name Initial

Number Street Apt. No.

City State

Zip Code

Please **PRINT** and give complete information

ADDR CHG VWUS

**The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.**

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**





## NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE

Complete Vehicle Identification Number

Last Name                    First Name          Initial

Number          Street                    Apt. No.

City                                State

Zip Code

Please **PRINT** and give complete information

ADDR CHG VWUS

tems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.** ◀

111.5U3.WAR.23

# Volkswagen Carefree Maintenance Program

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled Maintenances described in this booklet are covered with no charge for 3 years or 36,000 miles, whichever occurs first. ◀

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program. ◀

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program Service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program Service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you. ◀

## Missed Maintenance Service

Volkswagen recommends that the customer have Maintenance Services performed at the scheduled time or mileage.

However, if a Maintenance Service is missed, it need not be "picked up" later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in the Maintenance Schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.
- Volkswagen will **not** reimburse owners for Maintenance Services performed at independent facilities. ◀

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee: or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period. ◀

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.
- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| Delivery Inspection | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines.<br>The Delivery Inspection was performed on: | |
| Next Service: | Today's date<br>and Volkswagen Dealer stamp |
| Date: ........................ | |
| Miles:.................. | |
| (whichever occurs first) | |

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary.

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Coolant level and frost protection: Check
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level **(if applicable)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.5L and 2.0L MPI only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Sunroof: Open sunroof and check front water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(All 2.5L, All 2.0L MPI, 3.6L Touareg and 3.0L TDI Touareg only)**
- Transmission: DSG (non Automatic): Change fluid and filter **(if applicable)**
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.0T and 3.6L only)**
- Timing Belt: Check **(2.0L MPI only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- Battery: Check (**and second battery if applicable**)
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals (**if applicable**)
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace (**if applicable**)
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check (**from above**) for leaks and damage
- Engine and engine compartment components: Check (**from below**) for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace (**2.0L TDI and 3.0L TDI only**)
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level (**if applicable**)
- Rear window: Check cleaning nozzle functionality (**if applicable**)
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (**2.5L and 2.0L MPI only**)
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Sunroof: Open sunroof and check front water drains and clean if necessary (**if applicable**)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Check (**2.0L MPI only**)
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (**including spare**)
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid (**All 2.5L, All 2.0L MPI, 3.6L Touareg and 3.0L TDI Touareg only**)
- Transmission: DSG (non Automatic): Change fluid and filter (**if applicable**)
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 100,000 miles

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI only)**
- Fuel filter: Drain water **(3.0L TDI only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Check **(2.0L MPI only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow filter: Replace and clean housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel particulate filter: **Only after 120,000 miles,** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. Subsequent DPF replacement interval is a minimum of 120,000 miles, thereafter. **(2.0L TDI and 3.0L TDI engine only)**
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI and 3.0L TDI only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level **(if applicable)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(All engines except TDI)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Sunroof: Open sunroof and check front water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Check **(2.0L MPI only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid **(All 2.5L, All 2.0L MPI, 3.6L Touareg and 3.0L TDI Touareg only)**
- Transmission: DSG: Change fluid and filter **(if applicable)**
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

### Service at 130,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Replace **(2.0L TDI only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Additional service

### Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Dust and pollen filter: Replace **(if applicable)**
- Check latch for convertible roof **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**Every 3 years, then every 2 years regardless of miles driven:**

- Brake fluid: Replace. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (CC, Eos, Golf, GTI, Jetta models, Tiguan, and Touareg).**

**Every 3 years:**

- Haldex clutch: Change oil **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (Tiguan 2.0T and CC 3.6L 4-motion only).**

**Every 4 years regardless of miles driven:**

- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**
- AdBlue®: Change fluid **(3.0L TDI only)**
- Spark plugs: Replace **(2.0L MPI only)**

**Every 6 years regardless of miles driven:**

- Spark plugs: Replace **(All engines except 2.0L MPI and TDI.)**
- Air filter element and snow filter: Replace and clean housing
- Tire pressure sensors: Replace **(if applicable)**

111.5U3.WAR.23

## Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program if within 3 years of original in-service date)

**Service at every 5,000 miles and every 5,000 miles thru 35,000 miles.**

- AdBlue® Fluid: Check and add if necessary **3.0L TDI engine only**

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
| --- | --- |
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
| --- | --- |
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

## Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only:

**Service at 40,000 miles and every 5,000 miles after.**

- AdBlue® Fluid: Check and add if necessary **3.0L TDI engine only**

AdBlue® check

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

### AdBlue® check

| **An AdBlue® check was performed on: ...........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ...........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ...........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ...........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

**AdBlue® check**

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

**AdBlue® check**

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: .......................................... | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

**AdBlue® check**

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| **An AdBlue® check was performed on: ..........................................** | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles.** (**CC, Eos, Golf, GTI, Jetta models, Tiguan, and Touareg**).

### Brake Fluid Replacement Record

| **A brake fluid replacement was performed on:** .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:** .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:** .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

Brake Fluid Replacement Record

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

## Brake Fluid Replacement Record

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and Volkswagen Dealer stamp |

111.5U3.WAR.23

Brake Fluid Replacement Record

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be replaced. The proper replacement of airbags will be entered into the record by your authorized Volkswagen Dealer.

| | | |
|---|---|---|
| **Front Airbag** | ❑ left | ❑ right |
| **Side Airbag** | **left** | **right** |
| | ❑ front | ❑ front |
| | ❑ rear | ❑ rear |
| **SIDEGUARD** | ❑ left | ❑ right |
| **Knee Airbag (where applicable)** | ❑ left | ❑ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

111.5U3.WAR.23

| | | |
|---|---|---|
| **Front Airbag** | ❑ left | ❑ right |
| **Side Airbag** | **left** | **right** |
| | ❑ front | ❑ front |
| | ❑ rear | ❑ rear |
| SIDEGUARD | ❑ left | ❑ right |
| **Knee Airbag (where applicable)** | ❑ left | ❑ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

**USA Warranty and Maintenance**

## Afterword

It has always been Volkswagen's policy to continuously improve its products. Volkswagen, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

All rights reserved.

May not be reproduced or translated in whole or in part without the written consent of Volkswagen Group of America, Inc. Specifications are subject to change without notice.

Text and specifications in this manual are based on information and knowledge available at the time of printing.

May not be reproduced or translated in whole or in part without consent of Volkswagen AG.

Printed in Germany

© 2010 Volkswagen AG

Printed on environmentally friendly paper (bleached without chlorine, recyclable).



**USA Warranty and Maintenance:**
**CC, Eos, GTI, Golf, Tiguan, Touareg**
**Print status: 30.03.2010**
**Ausgabe: englisch USA: 05.2010**
**| Art.-Nr.: 111.5U3.WAR.23**

# EXHIBIT C



# USA Warranty and Maintenance

All models except Touareg

Model year 2012

USA Warranty and Maintenance:
All models except Touareg
Stand: 05.04.2011
Englisch USA: 05.2011
Artikel-Nr.: 121.5U3.WAR.23

## Afterword

Volkswagen AG works constantly to improve all of its products. Due to ongoing vehicle development, changes in design, equipment, and technology are possible at any time. The information about equipment, appearance, performance, dimensions, weights, fuel consumption, standards, and functions of the vehicles is the information that was available as of the editorial deadline. Some of the equipment may not be available until later or may be available only in certain markets. Contact your authorized Volkswagen dealer or authorized Volkswagen Service Facility for more information. No legal obligations or commitments may be derived from the information, illustrations, and descriptions in this Manual.

No reprint, reproduction, or translation of this Manual is permitted, even in excerpts, without the express written consent of Volkswagen AG.

Volkswagen AG expressly reserves all rights under applicable copyright law. Subject to change.

Produced in Germany.

© 2011 Volkswagen AG

This paper was made from chlorine-free, bleached pulp.

# Table of contents

## Warranty

Owner's information ..... 2
New Vehicle Limited Warranty ..... 3
Powertrain Limited Warranty ..... 6
Limited Warranty Against Corrosion Perforation ..... 8

## Federal Emissions Warranties

General ..... 10
Federal Emissions Control System Defect Warranty ..... 10
Federal Emissions Performance Warranty 11
Additional Information About Your Federal Emissions Warranties ..... 13

## Kansas Safety Belt Limited Warranty

Information about Kansas Safety Belt Limited Warranty ..... 15

## Customer Care

Volkswagen dealer assistance ..... 16
Volkswagen corporate assistance ..... 16
Repairs not covered by warranty ..... 17

## Consumer Protection Information

BBB AUTO LINE Dispute Resolution ..... 18
State-Specific Warranty Enforcement Laws ..... 18
NOTICE TO CALIFORNIA PURCHASERS 19

## Service Publications

Volkswagen Technical Literature Ordering Center ..... 21

## Tire Manufacturers

List of tire manufacturers for new Volkswagen vehicles ..... 22

## Maintenance

Warranty voucher ..... 23
Odometer replacement and other dealer stamps ..... 24
Service information ..... 25
Volkswagen Carefree Maintenance Program ..... 27
Service schedule ..... 28
Additional service ..... 42
Brake fluid replacement ..... 43

121.5U3.WAR.23

# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your new Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and Powertrain Limited Warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a Limited Warranty Against Corrosion Perforation for a period of 12 years without mileage limitation.**

In addition, your vehicle is covered by emissions control system limited warranties. If you are a resident of the State of California, Connecticut, Maine, Maryland, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania and have purchased a California emissions equipped vehicle, you may also have rights under California mandated emissions warranties. Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
**Telephone: 1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealership. If it is not resolved through your dealership, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

Complete details of Volkswagen's Customer CARE programs begin on .

- **Notice of Address Change**
- **Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer.                ◁

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

### Coverage

This limited warranty covers any repair to correct a manufacturer's defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads worn below manufacturer specifications, brake discs worn below manufacturer specifications, and light bulbs[1] replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

**Original Equipment Battery**

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

**Mechanical Adjustments**

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

**24-Hour Roadside Assistance Services**

24-Hour Roadside Assistance Services include the following:

**Towing for a mechanical breakdown or collision**

**Battery jump start**

**Flat tire service**

**Lock-out service**

**Fuel delivery service**

**Trip interruption benefits**

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service. ▶

121.5U3.WAR.23

[1] Excludes Halogen and Xenon headlight bulbs, which are covered for 3 years or 36,000 miles, whichever occurs first. Headlight bulbs damaged by outside influence are not covered.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part.

### Emergency repairs

If an emergency repair was performed by a non-Volkswagen service facility, keep all receipts, repair orders, and parts removed from your Volkswagen model.

You will be reimbursed if the repair work was needed and correctly performed and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer.

A statement of the circumstances that prevented you from getting to an authorized Volkswagen dealer, together with the paid receipts, repair orders, and replaced parts must be submitted to your authorized Volkswagen dealer in order to be considered for reimbursement. ◁

## What is not covered

### Tires

Tires are not covered by this limited warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

### Maintenance services[1] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service.

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as Salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or ▶

[1] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as Salvage parts).

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

### Glass

This limited warranty does not cover glass breakage, unless due to a defect in manufacturer's material or workmanship.

### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[1].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

### Other terms

This New Vehicle Limited warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◁

121.5U3.WAR.23

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

**Engine:** Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

**Transmission:** Case and all internal parts, torque converter, all related seals and gaskets.

**Drivetrain:** Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◁



## What is not covered

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as Salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as Salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging**[1].

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

121.5U3.WAR.23

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect. ◁

## What is not covered

### Surface corrosion without perforation

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

### Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

### Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealership will do its best to match your vehicles original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

### Environmental damage

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

### Corrosion perforation because of failure to rustproof when collision damage is repaired

Body parts that have been repaired or newly installed after a collision must be treated with a rust-proofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.

121.5U3.WAR.23

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the State of California, Connecticut, Maine, Maryland, New Jersey, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
Tel.: **1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.** ◁

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2012** Volkswagen vehicle imported by Volkswagen:

- was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers ▶

- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines

- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves

- Ignition System: including coils and sensors

- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector

- PCV System: including control valves and pipes

- Secondary Air Injection System: including air pump and control valves

- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge.

### For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD)

## Federal Emissions Performance Warranty

### For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), warrants to the original retail purchaser or original lessee of a **model year 2012** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- the vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Inspection and Maintenance test or inspection, or

- if the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle

fails an Inspection and Maintenance test or inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on-board diagnostic device (OBD), and

- the failure of the Inspection and Maintenance test of inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and

- the vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use.



121.5U3.WAR.23

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an Inspection and Maintenance test or inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in your Volkswagen Maintenance booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the Inspection and Maintenance test or inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- the use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Inspection and Maintenance test or inspection failure ◁



## Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instructions for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacements

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Federal Emissions Warranties, Canadian ▶

121.5U3.WAR.23

dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Repair order(s) and
- Part(s) removed from your Volkswagen model

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".**

- You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105.

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, from the vehicle's original in-service date, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

- If damage or failure was due to misuse, alteration, accident, or collision; or
- Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly

121.5U3.WAR.23

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealership.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◁

## Volkswagen corporate assistance

If your concerns are not resolved to your satisfaction by the dealer, please contact Volkswagen by calling our toll-free number:

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

You can also contact us using our Internet address:

www.vw.com.

Simply click on "Contact Us".

When you call or write, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◁

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision.

121.5U3.WAR.23

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the time frame specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◁

# State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that the owner first send written notification to Volkswagen explaining the nonconformity that the owner has experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before the owner pursues other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that the owner provide the written notification). The owner should send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**IMPORTANT NOTICE:** Depending on the state's law, the owner may also be required to submit their complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE ▶



Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, owners are advised to research and follow the laws in their state.

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (4200 Wilson Boulevard, Suite 800, Arlington, Virginia 22203). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100.**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

121.5U3.WAR.23



The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program. 

# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles.

Bulletins cover a wide variety of subjects: the proper use and care of your car, costly repairs, inexpensive repairs or adjustments, which, if done early, may avoid costly future repairs. Some bulletins describe repairs about new or unexpected conditions. Others describe improved repair procedures or parts improvements. All of this information can also help a qualified technician better service your vehicle.

Most bulletins apply to conditions affecting a small number of vehicles. Your dealer or a qualified technician may have to determine if a specific bulletin applies to your vehicle. You can order Volkswagen bulletins, Volkswagen repair information and Volkswagen Owner's Literature 24 Hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

www.vw.techliterature.com

### What you will also find on the website

- Owner's Manuals
- Owner's Manuals Inserts and Supplements
- Maintenance Booklets
- Warranty Manuals
- Warranty and Maintenance Manuals
- Sound System and Navigation Manuals

**⚠ WARNING**

**These bulletins are intended for qualified technicians. They are not meant for the CASUAL do-it-yourselfer. Qualified technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. Improperly performed repairs or maintenance can adversely affect the safety of your vehicle, possibly leading to accident or injury. They may also impair the economy, durability or reliability of your vehicle and may void the warranty of your car. If you are not sure that you can perform a job properly and safely, you should not risk trying to do so.**

121.5U3.WAR.23

# Tire Manufacturers

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

**Tire Manufacturers**

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548–4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847–3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847–3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, NJ 07470
Tel.: 1 (877) 740-7000

# Maintenance

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

1.

2.

3.

4.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

121.5U3.WAR.23



## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed
to the left door frame when the replacement odometer
does not indicate the actual vehicle mileage
after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

## Service information

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service consultant about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1. A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.
2. **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturer's specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**
3. If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to ▶

help assure optimum performance and reliability. A well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.** ◁

# Volkswagen Carefree Maintenance Program

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled Maintenances described in this booklet are covered with no charge for 3 years or 36,000 miles, whichever occurs first. ◁

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program Service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program Service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

## Missed Maintenance Service

Volkswagen recommends that the customer have Maintenance Services performed at the scheduled time or mileage.

However, if a Maintenance Service is missed, it need not be "picked up" later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in the Maintenance Schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.
- Volkswagen will **not** reimburse owners for Maintenance Services performed at independent facilities. ◁

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee, or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period. ◁

121.5U3.WAR.23

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.
- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| **Delivery Inspection** | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines. The Delivery Inspection was performed on: | |
| **Next Service:** | |
| Date: ......................... | |
| Miles:................... | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

◁

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary.

◁

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ......................... | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

121.5U3.WAR.23

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

121.5U3.WAR.23

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **( 2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

121.5U3.WAR.23



## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **(2.0T and 3.6L only)**
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

121.5U3.VAR.23

## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed V-belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace **( 2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

121.5U3.WAR.23

## Service at 100,000 miles

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5Lonly)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

121.5U3.WAR.23

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**

- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**

- Battery: Check **(and second battery if applicable)**

- Body: Visual inspection for corrosion

- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear and check brake fluid level subject to abrasion

- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals **(if applicable)**

- Coolant level and frost protection: Check

- CV joints: Check for leaks and damage

- Diesel Particulate Filter: **Perform after the first 120,000 miles or 120,000 miles after a Diesel Particulate Filter (DPF) replacement:** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. **(2.0L TDI engine only)**

- Door checks and mounting pins: Lubricate

- Dust and pollen filter: Replace **(if applicable)**

- Engine: Change oil and replace oil filter

- Engine and engine compartment components: Check **(from above)** for leaks and damage

- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots

- Exhaust system: Check for leaks, damage, and secure fittings

- Fuel filter: Replace **(2.0L TDI engine only)**

- Headlights, daytime running lights, curve lighting, and automatic headlights: Check adjustment

- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check

- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check

- Power steering: Check oil level

- Rear window: Check cleaning nozzle functionality **(if applicable)**

- Ribbed V-belt: Check condition

- Service interval display: Reset

- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar

- Spark plugs: Replace **(All engines except TDI)**

- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**

- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**

- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake

- Tie rod ends: Check for excessive play and looseness, check boots

- Tires: Check tread depth, condition, tire age, wear pattern and pressure of all tires **(including spare)**

- Tires: Rotate front to rear

- Transmission: DSG (non Automatic): Change fluid and filter

- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage

- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary  ▶

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 130,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® Fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Timing Belt: Replace **(2.0L TDI engine only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

121 5U3.WAR.23

# Additional service

## Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Dust and pollen filter: Replace **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**At the 3 year mark, then every 2 years regardless of miles driven:**

- Brake fluid and clutch unit: Replace. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles.**

**Every 3 years:**

- Haldex clutch: Change oil **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (Tiguan 2.0T and CC 3.6L 4-motion only).**

**Every 4 years regardless of miles driven:**

- AdBlue®: Change fluid if the mileage is under 10,000 miles **(Passat 2.0L TDI engine only)**
- Spark plugs: Replace **(2.0L MPI only)**
- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Air filter element and snow screen: Replace element and clean screen and housing (if mileage is under 60,000 miles) **(if applicable)**
- Spark plugs: Replace **(All engines except 2.0L MPI and TDI)**



# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles.**

Brake Fluid Replacement Record

| **A brake fluid replacement was performed on:** .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:** .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

121.5U3.WAR.23




**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on: ...........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ...........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ...........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on: ..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

121.5U3.WAR.23

## Brake Fluid Replacement Record

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: .......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date: ........................ | Today's date and<br>Volkswagen Dealer stamp |

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be replaced. The proper replacement of airbags will be entered into the record by your authorized Volkswagen Dealer.

| | | |
|---|---|---|
| **Front Airbag** | ☐ left | ☐ right |
| **Side Airbag** | **left** | **right** |
| | ☐ front | ☐ front |
| | ☐ rear | ☐ rear |
| **SIDEGUARD** | ☐ left | ☐ right |
| **Knee Airbag (where applicable)** | ☐ left | ☐ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

121.5U3.WAR.23

| | | |
|---|---|---|
| **Front Airbag** | ☐ left | ☐ right |
| **Side Airbag** | **left** | **right** |
| | ☐ front | ☐ front |
| | ☐ rear | ☐ rear |
| **SIDEGUARD** | ☐ left | ☐ right |
| **Knee Airbag (where applicable)** | ☐ left | ☐ right |

Authorized Volkswagen Dealer Stamp

Module replaced: ____________________ Date: ____________________

Next Replacement: ____________________ Date: ____________________

# EXHIBIT D



# USA Warranty and Maintenance

CC, Eos, GTI, Golf, Tiguan, Passat

Model year 2013



# Table of contents

## Warranty

Owner's information .................... 2
New Vehicle Limited Warranty ........... 3
Powertrain Limited Warranty ............ 6
Limited Warranty Against Corrosion Perforation .......................... 8

## Federal Emissions Warranties

General ............................... 10
Federal Emissions Control System Defect Warranty ............................ 10
Federal Emissions Performance Warranty 11
Additional Information About Your Federal Emissions Warranties .................. 13

## Kansas Safety Belt Limited Warranty

Information about Kansas Safety Belt Limited Warranty ...................... 15

## Customer Care

Volkswagen dealer assistance ........... 16
Volkswagen corporate assistance ........ 16
Repairs not covered by warranty ........ 17

## Consumer Protection Information

BBB AUTO LINE Dispute Resolution ..... 18
State-Specific Warranty Enforcement Laws ................................ 18
NOTICE TO CALIFORNIA PURCHASERS 19

## Service Publications

Volkswagen Technical Literature Ordering Center ............................... 21

## Tire Manufacturers

List of tire manufacturers for new Volkswagen vehicles .................... 22

## Maintenance

Warranty voucher ...................... 23
Odometer replacement and other dealer stamps ................................ 24
Service information ................... 25
Volkswagen Carefree Maintenance Program ............................... 27
Service schedule ...................... 29
Additional service .................... 43
Brake fluid replacement ................ 44

# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your new Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and Powertrain Limited Warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a Limited Warranty Against Corrosion Perforation for a period of 12 years without mileage limitation.**

In addition, your vehicle is covered by emissions control system limited warranties mandated by Federal law. If you are a resident of the State of California, Connecticut, Maine, Maryland, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania and have purchased a California emissions equipped vehicle, you may also have rights under California mandated emissions warranties. Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
**Telephone: 1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealership. If it is not resolved through your dealership, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

Complete details of Volkswagen's Customer CARE programs begin on ⇒page 16.

- **Notice of Address Change**
- **Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer. ◁

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

### Coverage

This limited warranty covers any repair to correct a manufacturers defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads/shoes worn below manufacturer specifications, and brake discs/drums worn below manufacturer specifications, replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

### Original Equipment Battery

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

### Mechanical Adjustments

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

### 24-Hour Roadside Assistance Services

24-Hour Roadside Assistance Services include the following:

**Towing for a mechanical breakdown or collision**

**Battery jump start**

**Flat tire service**

**Lock-out service**

**Fuel delivery service**

**Trip interruption benefits**

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part. ▶

131.5U3.WAR.23

### Emergency repairs

If an emergency repair was performed by a non-Volkswagen service facility, keep all receipts, repair orders, and parts removed from your Volkswagen model.

You will be reimbursed if the repair work was needed and correctly performed and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer.

A statement of the circumstances that prevented you from getting to an authorized Volkswagen dealer, together with the paid receipts, repair orders, and replaced parts must be submitted to your authorized Volkswagen dealer in order to be considered for reimbursement. ◁

## What is not covered

### Tires

Tires are not covered by this limited warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

### Maintenance services[1] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service.

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or ▶

[1] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

### Glass

This limited warranty does not cover glass breakage, unless due to a defect in manufacturers material or workmanship.

### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[1].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

### Other terms

This New Vehicle Limited warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◁

131.5U3.WAR.23

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturers defect in material or workmanship for the following Volkswagen parts and components:

**Engine:** Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

**Transmission:** Case and all internal parts, torque converter, all related seals and gaskets.

**Drivetrain:** Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◁

## What is not covered

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging[1].**

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

131.5U3.WAR.23

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

ℹ Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect. ◁

## What is not covered

### Surface corrosion without perforation

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

### Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

### Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealership will do its best to match your vehicles original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

### Environmental damage

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

### Corrosion perforation because of failure to rustproof when collision damage is repaired

Body parts that have been repaired or newly installed after a collision must be treated with a rust-proofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty. ◁

131.5U3.WAR.23

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the State of California, Connecticut, Maine, Maryland, New Jersey, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
Tel.: **1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.** ◁

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2013** Volkswagen vehicle imported by Volkswagen:

- was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers ▶

- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector (DLC)
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◁

### For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD) ◁

## Federal Emissions Performance Warranty

### For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), warrants to the original retail purchaser or original lessee of a **model year 2013** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- the vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Inspection and Maintenance test or inspection, or
- if the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails an Inspection and Maintenance test or inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on board diagnostic device (OBD), and
- the failure of the Inspection and Maintenance test of inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and
- the vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use. ◁

131.5U3.WAR.23

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an Inspection and Maintenance test or inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in your Volkswagen Maintenance booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the Inspection and Maintenance test or inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or

- work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or

- the use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Inspection and Maintenance test or inspection failure. ◁

## Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instructions for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacement

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warrenty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Federal Emissions Warranties, Canadian ▶

131.5U3.WAR.23

dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Repair order(s) and
- Part(s) removed from your Volkswagen model.

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".** You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105. ◁

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, from the vehicle's original in-service date, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

- If damage or failure was due to misuse, alteration, accident, or collision; or
- Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly. ◁

131.5U3.WAR.23

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealership.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have.        ◁

## Volkswagen corporate assistance

If your concerns are not resolved to your satisfaction by the dealer, please contact Volkswagen by calling our toll-free number:

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

You can also contact us using our Internet address:

http://www.vw.com

Simply click on "Contact Us".

When you call or write, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request.        ◁

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◁

131.5U3.WAR.23

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the time frame specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◁

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that you first send written notification to Volkswagen explaining the nonconformity that you have experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before you pursue other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that you provide the written notification). Send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**IMPORTANT NOTICE:** Depending on the state's law, you may also be required to submit your complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE ▶

Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, Volkswagen suggests that you research and follow the laws in your state. ◁

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (3033 Wilson Boulevard, Suite 600, Arlington, Virginia 22201). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it to Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100.**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law. ▶

131.5U3.WAR.23

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program.

# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles. Now you too, can obtain the latest service information. Your Volkswagen dealer or a qualified technician may have to determine if a specific item of service information applies to your vehicle. You can order Volkswagen service information and Owner's Literature 24 hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

https://www.vw.techliterature.com

◁

### What you will also find on the website

- Owner's Manuals
- Owner's Manuals Inserts and Supplements
- Maintenance Booklets
- Warranty Manuals
- Warranty and Maintenance Manuals
- Sound System and Navigation Manuals

◁

# Tire Manufacturers

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

**Tire Manufacturers**

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548-4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847-3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847-3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, NJ 07470
Tel.: 1 (877) 740-7000

# Maintenance

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

1.

2.

3.

4.

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

131.5U3.WAR.23

## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

| Month | Day | Year |
| --- | --- | --- |

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

## Service information

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service consultant about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1 A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.

2 **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturers specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**

3 If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A ▶

well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.** ◁

**The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.**

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**





## NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE

Complete Vehicle Identification Number

Last Name | First Name | Initial

Number | Street | Apt. No.

City | State

Zip Code

Please **PRINT** and give complete information

ADDR CHG VWUS

**The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.**

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**

## Other Terms

The Volkswagen Carefree Maintenance Program does not cover vehicles severely damaged or declared to be a total loss by an insurar or vehicles substantially reassembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts). ◁

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.
- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| **Delivery Inspection** | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines.<br>The Delivery Inspection was performed on: | |
| **Next Service:** | |
| Date:........................ | |
| Miles:.................. | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

◁

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary ◁

131.5U3.WAR.23

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

131.5U3.WAR.23

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0T and 3.6L only)**
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

131.5U3.WAR.23

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

131.5U3.WAR.23

## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary ►

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 100,000 miles

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

131.5U3.WAR.23

## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

131.5U3.WAR.23

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel Particulate Filter: **Perform after the first 120,000 miles or 120,000 miles after a Diesel Particulate Filter (DPF) replacement:** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. **(2.0L TDI engine only)**
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(All engines except TDI)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary ▶

| Next Service: | |
|---|---|
| Date:...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 130,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(Passat 2.0L TDI engine only)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Replace **(2.0L TDI engine only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

# Additional service

## Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Check latch for convertible roof **(if applicable)**
- Dust and pollen filter: Replace **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**At the 3 year mark, then every 2 years regardless of miles driven:**

- Brake fluid and clutch unit: Replace fluid. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles.**

**Every 3 years:**

- Haldex clutch: Change oil **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles. (Tiguan 2.0T and CC 3.6L 4MOTION® only)**

**Every 4 years regardless of miles driven:**

- AdBlue® fluid: Change fluid if the mileage is under 10,000 miles **(Passat 2.0L TDI engine only)**
- Spark plugs: Replace **(2.0L MPI only)**
- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Air filter element and snow screen: Replace element and clean screen and housing (if mileage is under 60,000 miles) **(if applicable)**
- Spark plugs: Replace **(All engines except 2.0L MPI and TDI)** ◁

131.5U3.WAR.23

# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven. **First fluid replacement included under the Volkswagen Carefree Maintenance Program if mileage is less than or equal to 36,000 miles.**

**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on:..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on:..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:..........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

131.5U3.WAR.23

**Brake Fluid Replacement Record**

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

131.5U3.WAR 23

**Brake Fluid Replacement Record**

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be replaced. The proper replacement of airbags will be entered into the record by your authorized Volkswagen Dealer.

| | | |
|---|---|---|
| **Front Airbag** | ☐ left | ☐ right |
| **Side Airbag** | **left** | **right** |
| | ☐ front | ☐ front |
| | ☐ rear | ☐ rear |
| **SIDEGUARD** | ☐ left | ☐ right |
| **Knee Airbag (where applicable)** | ☐ left | ☐ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

| | | |
|---|---|---|
| **Front Airbag** | ❑ left | ❑ right |
| **Side Airbag** | **left** | **right** |
| | ❑ front | ❑ front |
| | ❑ rear | ❑ rear |
| **SIDEGUARD** | ❑ left | ❑ right |
| **Knee Airbag (where applicable)** | ❑ left | ❑ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

131.5U3.WAR.23

## Afterword

Volkswagen AG works constantly to improve all of its products. Due to ongoing vehicle development, changes in design, equipment, and technology are possible at any time. The information about equipment, appearance, performance, dimensions, weights, fuel consumption, standards, and functions of the vehicles is the information that was available as of the editorial deadline. Some of the equipment may not be available until later or may be available only in certain markets. Contact your authorized Volkswagen dealer or authorized Volkswagen Service Facility for more information. No legal obligations or commitments may be derived from the information, illustrations, and descriptions in this Manual.

No reprint, reproduction, or translation of this Manual is permitted, even in excerpts, without the express written consent of Volkswagen AG.

Volkswagen AG expressly reserves all rights under applicable copyright law. Subject to change.

Produced in Germany.

**© 2012 Volkswagen AG**

This paper was made from chlorine-free, bleached pulp.



USA Warranty and Maintenance:
CC, Eos, GTI, Golf, Tiguan, Passat
Stand: 13.04.2012
Englisch USA: 05.2012
Artikel-Nr.: 131.5U3.WAR.23

1315U3WAR23

# EXHIBIT E

# USA Warranty and Maintenance

CC, Eos, Tiguan
Model year 2014



17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 307

# Table of contents

## Warranty

Owner's information .......... 2
New Vehicle Limited Warranty .......... 3
Powertrain Limited Warranty .......... 6
Limited Warranty Against Corrosion Perforation .......... 8

## Federal Emissions Warranties

General .......... 10
Federal Emissions Control System Defect Warranty .......... 10
Federal Emissions Performance Warranty 11
Additional Information About Your Federal Emissions Warranties .......... 13

## Kansas Safety Belt Limited Warranty

Information about Kansas Safety Belt Limited Warranty .......... 15

## Customer Care

Volkswagen dealer assistance .......... 16
Volkswagen corporate assistance .......... 16
Repairs not covered by warranty .......... 17

## Consumer Protection Information

BBB AUTO LINE Dispute Resolution .......... 18
State-Specific Warranty Enforcement Laws .......... 18
NOTICE TO CALIFORNIA PURCHASERS 19

## Service Publications

Volkswagen Technical Literature Ordering Center .......... 21

## Tire Manufacturers

List of tire manufacturers for new Volkswagen vehicles .......... 22

## Maintenance

Warranty voucher .......... 23
Odometer replacement and other dealer stamps .......... 24
Service information .......... 25
Volkswagen Carefree Maintenance Program .......... 27
Service schedule .......... 29
Additional service .......... 43
Brake fluid replacement .......... 44

141.5U3.WAR.23



# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your 2014 Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and Powertrain Limited Warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a Limited Warranty Against Corrosion Perforation for a period of 12 years without mileage limitation.**

In addition, your 2014 Volkswagen model is covered by emissions control system limited warranties mandated by federal law. If you are a resident and have purchased a California-mandated emissions equipped vehicle, you may also have rights under California mandated emissions warranties in the following states:

- California
- Connecticut
- Delaware
- Maine
- Maryland
- New Jersey
- Oregon
- Rhode Island
- Vermont
- Washington (state)
- Washington, D.C.
- Commonwealth of Massachusetts
- Commonwealth of Pennsylvania

Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to us using your preferred method of communication:

**E-mail us:**

Visit our website http://www.vw.com

Simply click on "Contact us"

**Call us:**

Tel.: **1 (800) 822-8987**

**Write to us:**

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealer. If it is not resolved through your dealer, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

**Notice of Address Change Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer. ◁

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

### Coverage

This limited warranty covers any repair to correct a manufacturers defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads/shoes worn below manufacturer specifications, and brake discs/ drums worn below manufacturer specifications, replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

### Original Equipment Battery

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

### Mechanical Adjustments

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

### 24-Hour Roadside Assistance Services

24-Hour Roadside Assistance Services include the following:

**Towing for a mechanical breakdown or collision**

**Battery jump start**

**Flat tire service**

**Lock-out service**

**Fuel delivery service**

**Trip interruption benefits**

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part. ▶

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Repair order(s) and
- Part(s) removed from your Volkswagen model. ◁

## What is not covered

### Tires

Tires are not covered by this limited warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

### Maintenance services[1] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service.

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- Non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or ▶

---

1) Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

### Glass

This limited warranty does not cover glass breakage unless due to a defect in manufacturer's material or workmanship.

### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[1].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

### Other terms

This New Vehicle Limited Warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This New Vehicle Limited Warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◁

141.5U3.WAR.23

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

#### Engine

Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

#### Transmission

Case and all internal parts, torque converter, all related seals and gaskets.

#### Drivetrain

Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a “demonstrator” or “company” car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◁

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- Non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging**[1].

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

141.5U3.WAR.23

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation**.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United

States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect.  ◁

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 231 of 307

### Surface corrosion without perforation

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

### Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

### Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealer will do its best to match your vehicle's original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

### Environmental damage

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

### Corrosion perforation because of failure to rustproof when collision damage is repaired

Body parts that have been repaired or newly installed after a collision must be treated with a rustproofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty. ◁

141.5U3.WAR.23

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the following states:

- California
- Connecticut
- Delaware
- Maine
- Maryland
- New Jersey
- Oregon
- Rhode Island
- Vermont
- Washington (state)
- Washington, D.C.
- Commonwealth of Massachusetts
- Commonwealth of Pennsylvania

Therefore, the owner of an above-mentioned vehicle may have warranty rights under both federal and state-mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
Tel.: **1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2014** Volkswagen vehicle imported by Volkswagen:

- Was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- Is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers
- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector (DLC)
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◁

## For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD) ◁

# Federal Emissions Performance Warranty

## For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), warrants to the original retail purchaser or original lessee of a **model year 2014** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- The vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Inspection and Maintenance (I/M) test or inspection, or
- If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails I/M test or inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on board diagnostic device (OBD), and
- The failure of the I/M test or inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and
- The vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use. ◁

141.5U3.WAR.23

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an I/M test or inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in the Maintenance section of this booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the I/M test or inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- Warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- Work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- The use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Inspection and Maintenance test or inspection failure. ◁

# Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instructions for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacement

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Federal Emissions Warranties, Canadian ▶

dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Paid receipt(s),
- Repair order(s) and
- Part(s) removed from your Volkswagen model.

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".** You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105. ◁

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, from the vehicle's original in-service date, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

- If damage or failure was due to misuse, alteration, accident, or collision; or
- Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly.

141.5U3.WAR.23

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealer.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◁

## Volkswagen corporate assistance

Your satisfaction with our product is very important to us, and we would like to make certain that we have had the opportunity to work with you and your dealer to resolve your concerns.

If your concerns are not resolved to your satisfaction by the dealer, please contact us.

**You can contact us using our Internet address:**

http://www.vw.com

Simply click on "Contact Us"

**Or by calling our toll-free number**

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

When you E-mail, Call or Write us, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◁

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◁

141.5U3.WAR.23

# BBB AUTO LINE Dispute Resolution

## Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the time frame specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◁

# State-Specific Warranty Enforcement Laws

## Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that you first send written notification to Volkswagen explaining the nonconformity that you have experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before you pursue other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that you provide the written notification). Send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**IMPORTANT NOTICE:** Depending on the state's law, you may also be required to submit your complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE ▶

Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, Volkswagen suggests that you research and follow the laws in your state.

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (3033 Wilson Boulevard, Suite 600, Arlington, Virginia 22201). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it to Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

141.5U3.WAR.23

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program. ◁

# Volkswagen Technical Literature Ordering Center

## Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles. Now you too, can obtain the latest service information. Your Volkswagen dealer or a qualified technician may have to determine if a specific item of service information applies to your vehicle. You can order Volkswagen service information and Owner's Literature 24 hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

**https://www.vw.techliterature.com** ◁

## What you will also find on the website

- Owner's Manuals
- Owner's Manuals Inserts and Supplements
- Maintenance Booklets
- Warranty Manuals
- Warranty and Maintenance Manuals
- Sound System and Navigation Manuals ◁

141.5U3.WAR.23

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

**Tire Manufacturers**

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548-4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847-3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847-3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, NJ 07470
Tel.: 1 (877) 740-7000 ◁

17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 307

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

1.

2.

3.

4.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

141.5U3.WAR.23

## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service consultant about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1 A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.

2 **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturers specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**

3 If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A ▶

141.5U3.WAR.23

well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.** ◁

17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 307

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled maintenances described in this booklet are covered with no charge for 2 years or 24,000 miles, whichever occurs first. ◁

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

## Missed Maintenance Service

Volkswagen recommends that the customer have maintenance services performed at the scheduled time or mileage.

However, if a maintenance service is missed, it need not be "picked up" later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in them maintenance schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.
- Volkswagen will **not** reimburse owners for maintenance services performed at independent facilities.

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee, or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period.

141.5U3.WAR.23

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 250 of 307

## Other Terms

The Volkswagen Carefree Maintenance Program does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially reassembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts). ◁

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.
- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| **Delivery Inspection** | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines.<br>The Delivery Inspection was performed on: | |
| **Next Service:** | |
| Date:........................ | |
| Miles:................... | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary

141.5U3.WAR.23

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

141.5U3.WAR.23

## Service at 30,000 miles

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

141.5U3.WAR.23

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 256 of 307

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 257 of 307

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0T and 3.6L only)**
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

141.5U3.WAR.23

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L TDI engine only)**
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI and 2.5L only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

141.5U3.WAR.23

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 261 of 307

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L TDI engine only)**
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(2.0L MPI and 2.5L only)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

141.5U3.WAR.23

17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Pag 307

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**

- Battery: Check **(and second battery if applicable)**

- Body: Visual inspection for corrosion

- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion

- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**

- Convertible roof water drains: Check **(Beetle Convertible only)**

- Coolant level and frost protection: Check

- CV joints: Check for leaks and damage

- Diesel Particulate Filter: **Perform after the first 120,000 miles or 120,000 miles after a Diesel Particulate Filter (DPF) replacement:** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. **(2.0L TDI engine only)**

- Door checks and mounting pins: Lubricate

- Dust and pollen filter: Replace **(if applicable)**

- Engine: Change oil and replace oil filter

- Engine and engine compartment components: Check **(from above)** for leaks and damage

- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots

- Exhaust system: Check for leaks, damage, and secure fittings

- Fuel filter: Replace **(2.0L TDI engine only)**

- Headlights: Check adjustment

- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check

- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check

- Power steering: Check oil level

- Rear window: Check cleaning nozzle functionality **(if applicable)**

- Ribbed belt: Check condition

- Service interval display: Reset

- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar

- Spark plugs: Replace **(All engines except TDI)**

- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**

- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**

- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake

- Tie rod ends: Check for excessive play and looseness, check boots

- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles

- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**

- Tires: Rotate front to rear

- Transmission: DSG (non Automatic): Change fluid and filter

- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage

- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary  ▶

141.5U3.WAR.23

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 130,000 miles

**Service at 130,000 miles or one year after last service, whichever occurs first.**

- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Replace **(2.0L TDI engine only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

# Additional service

## Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Check latch for convertible roof **(if applicable)**
- Dust and pollen filter: Replace **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**At the 3 year mark, then every 2 years regardless of miles driven:**

- Brake fluid and clutch unit: Replace fluid.

**Every 3 years:**

- Haldex clutch: Change oil **(Tiguan 2.0T and CC 3.6L 4MOTION® only)**

**Every 4 years regardless of miles driven:**

- Spark plugs: Replace **(2.0L MPI only)**
- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Air filter element and snow screen: Replace element and clean screen and housing (if mileage is under 60,000 miles) **(if applicable)**
- Spark plugs: Replace **(All engines except 2.0L MPI and TDI)** ◁

141.5U3.WAR.23

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 266 of 307

## Replacement record

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven.

**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on:**........................................ | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:......................... | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:**........................................ | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:......................... | Today's date and<br>Volkswagen Dealer stamp |

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 267 of 307

## Brake Fluid Replacement Record

| A brake fluid replacement was performed on:........................................ | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................ | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................ | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

141.5U3.WAR.23

Case 1:17-cv-23033-RNS Document 34-1 Entered on FLSD Docket 01/12/2018 Page 268 of 307

**Brake Fluid Replacement Record**

**A brake fluid replacement was performed on:**..........................................

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

**A brake fluid replacement was performed on:**..........................................

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

**A brake fluid replacement was performed on:**..........................................

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

## Brake Fluid Replacement Record

| A brake fluid replacement was performed on:.......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:.......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:.......................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

◁

141.5U3.WAR.23

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be replaced. The proper replacement of airbags will be entered into the record by your authorized Volkswagen Dealer.

| | | |
|---|---|---|
| **Front Airbag** | ☐ left | ☐ right |
| **Side Airbag** | **left** | **right** |
| | ☐ front | ☐ front |
| | ☐ rear | ☐ rear |
| **SIDEGUARD** | ☐ left | ☐ right |
| **Knee Airbag (where applicable)** | ☐ left | ☐ right |

Authorized Volkswagen Dealer Stamp

Module replaced: ____________________ Date: ____________________

Next Replacement: ____________________ Date: ____________________

| | | |
|---|---|---|
| **Front Airbag** | ❑ left | ❑ right |
| **Side Airbag** | **left** | **right** |
| | ❑ front | ❑ front |
| | ❑ rear | ❑ rear |
| **SIDEGUARD** | ❑ left | ❑ right |
| **Knee Airbag (where applicable)** | ❑ left | ❑ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

141.5U3.WAR.23

## Afterword

Volkswagen AG works constantly to improve all of its products. Due to ongoing vehicle development, changes in design, equipment, and technology are possible at any time. The information about equipment, appearance, performance, dimensions, weights, fuel consumption, standards, and functions of the vehicles is the information that was available as of the editorial deadline. Some of the equipment may not be available until later or may be available only in certain markets. Contact your authorized Volkswagen dealer or authorized Volkswagen Service Facility for more information. No legal obligations or commitments may be derived from the information, illustrations, and descriptions in this Manual.

No reprint, reproduction, or translation of this Manual is permitted, even in excerpts, without the express written consent of Volkswagen AG.

Volkswagen AG expressly reserves all rights under applicable copyright law. Subject to change.

Produced in Germany.

© 2013 Volkswagen AG

This paper was made from chlorine-free, bleached pulp.

USA Warranty and Maintenance:
CC, Eos, Tiguan
Stand: 26.03.2013
Englisch USA: 05.2013
Artikel-Nr.: 141.5U3.WAR.23



1415U3WAR23

# EXHIBIT F



# USA Warranty and Maintenance

CC, Eos, Tiguan, Passat, Touareg

Model year 2015



# Table of contents

## Warranty

Owner's information .................... 2
New Vehicle Limited Warranty ........... 3
Powertrain Limited Warranty - All models except Touareg ........................ 6
Limited Warranty Against Corrosion Perforation ............................ 8
Powertrain Limited Warranty - Touareg models only ............................ 10
Hybrid System Limited Warranty - Jetta Hybrid and Touareg Hybrid models only .. 12

## Federal Emissions Warranties

General ............................... 15
Federal Emissions Control System Defect Warranty .............................. 15
Federal Emissions Performance Warranty 16
Additional Information About Your Federal Emissions Warranties .................. 18

## Kansas Safety Belt Limited Warranty

Information about Kansas Safety Belt Limited Warranty ...................... 20

## Customer Care

Volkswagen dealer assistance ........... 21
Volkswagen corporate assistance ........ 21
Repairs not covered by warranty ......... 22

## Consumer Protection Information

BBB AUTO LINE Dispute Resolution ..... 23
State-Specific Warranty Enforcement Laws .................................. 23
NOTICE TO CALIFORNIA PURCHASERS 24

## Service Publications

Volkswagen Technical Literature Ordering Center ............................... 26

## Tire Manufacturers

List of tire manufacturers for new Volkswagen vehicles .................... 27

## Maintenance

Warranty voucher ...................... 28
Odometer replacement and other dealer stamps ................................ 29
Service information .................... 30
Volkswagen Carefree Maintenance Program ............................... 32
Service schedule ....................... 34
Additional service ..................... 50
Brake fluid replacement ................ 51

152.5U3.WAR.23

1525U3WAR23

# Warranty

## Owner's information

**Dear Owner,**

This booklet contains the limited warranties applicable to your 2015 Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

**Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and Powertrain Limited Warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a Limited Warranty Against Corrosion Perforation for a period of 12 years without mileage limitation. Touareg models receive Powertrain Limited coverage for 10 years or 100,000 miles, whichever occurs first. Jetta Hybrid and Touareg Hybrid models also receive Hybrid System Limited Warranty coverage for 8 years or 100,000 miles, whichever occurs first.**

In addition, your 2015 Volkswagen model is covered by emissions control system limited warranties mandated by federal law. If you are a resident and have purchased a California-mandated emissions equipped vehicle, you may also have rights under California mandated emissions warranties in the following states:

- California
- Connecticut
- Delaware
- Maine
- Maryland
- New Jersey
- Oregon
- Rhode Island
- Vermont
- Washington (state)
- Washington, D.C.
- Commonwealth of Massachusetts
- Commonwealth of Pennsylvania

Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to us using your preferred method of communication:

**E-mail us:**

Visit our website http://www.vw.com

Simply click on "Contact us"

**Call us:**

Tel.: **1 (800) 822-8987**

**Write to us:**

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.**

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealer. If it is not resolved through your dealer, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

**Notice of Address Change Notice of Used Car Purchase**

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer.

## New Vehicle Limited Warranty

### What is covered

**Warranty period**

The New Vehicle Limited Warranty period is **3 years or 36,000 miles**, whichever occurs first.

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.**

**Coverage**

This limited warranty covers any repair to correct a manufacturers defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads/shoes worn below manufacturer specifications, and brake discs/drums worn below manufacturer specifications, replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

**Original Equipment Battery**

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

**Mechanical Adjustments**

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

**24-Hour Roadside Assistance Services**

24-Hour Roadside Assistance Services include the following:

**Towing for a mechanical breakdown or collision**

**Battery jump start**

**Flat tire service**

**Lock-out service**

**Fuel delivery service**

**Trip interruption benefits**

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

**Where to go for warranty service**

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

**When the warranty period begins**

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

152.5U3.WAR.23

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

**Free-of-charge repair**

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with **a new or remanufactured** genuine Volkswagen part.

**Emergency repairs**

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Repair order(s) and
- Part(s) removed from your Volkswagen model. ◁

## What is not covered

**Tires**

Tires are not covered by this limited warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

**Maintenance services[1] and mechanical adjustments**

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

**Damage or malfunctions due to misuse, negligence, alteration, accident or fire**

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- Non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or ▶

[1] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

**Damage or malfunctions due to lack of maintenance**

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

**Damage caused by the environment**

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

**Glass**

This limited warranty does not cover glass breakage unless due to a defect in manufacturer's material or workmanship.

**Odometer tampering**

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

**Other expenses**

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[1].**

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

**Other terms**

This New Vehicle Limited Warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

**This New Vehicle Limited Warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty, and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.** ◁

152.5U3.WAR.23

[1] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty - All models except Touareg

## What is covered

### Warranty period

The coverage under this warranty lasts for **5 years or 60,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

#### Engine

Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

#### Transmission

Case and all internal parts, torque converter, all related seals and gaskets.

#### Drivetrain

Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◁

## What is not covered

### Maintenance services[1]

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- Non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging[2].**

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

152.5U3.WAR.23

[1] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

[2] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for **12 years without mileage limitation.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

**Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.**

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been **perforated** by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part.

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rustproofing when you buy your Volkswagen model in order to keep this warranty in effect.

## What is not covered

### Surface corrosion without perforation

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

### Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

### Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of **non-aluminum alloy parts.**

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealer will do its best to match your vehicle's original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

### Environmental damage

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

### Corrosion perforation because of failure to rustproof when collision damage is repaired

Body parts that have been repaired or newly installed after a collision must be treated with a rustproofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.

152.5U3.WAR.23

# Powertrain Limited Warranty - Touareg models only

## What is covered

### Warranty period

The coverage under this warranty lasts for **10 years or 100,000 miles** whichever occurs first, from the date the vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

#### Engine

Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

#### Transmission

Case and all internal parts, torque converter, all related seals and gaskets.

#### Drivetrain

Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a **new or remanufactured** genuine Volkswagen part. ◁

## What is not covered

### Maintenance services[1]

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

**This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging[2].**

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

152.5U3.WAR.23

[1] Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

[2] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

# Hybrid System Limited Warranty - Jetta Hybrid and Touareg Hybrid models only

## What is covered

### Warranty period

The coverage under this warranty lasts for **8 years or 100,000 miles**, whichever occurs first, from the vehicle's original in-service date. The vehicle's original in-service date is defined as the date the vehicle was delivered to either the original purchaser or the original lessee; or if the vehicle was first placed in service as a "demonstrator" or "company" car, on the date such vehicle was first placed in service.

**This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.**

**If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.**

**Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.**

### Coverage

The Hybrid System Limited Warranty covers any repair to correct a manufacturers defect in material or workmanship for the following Volkswagen parts and components:

- High-Voltage Battery (including protective box)
- Battery Energy Control Module
- Battery Cooling System (including battery fans, housing, and air induction vents)
- Hybrid Electric Motor
- Hybrid Electric Motor Clutch
- Hybrid Electric Motor Clutch Actuator
- Power Electronics (inverter and converter)
- High-Voltage Cables (including connection boxes, safety plugs, and pilot line cable system)
- Electronic Control Module (ECM)
- Electric A/C Compressor (Touareg Hybrid only)
- Power Steering System (including pump and control module
- Electric Transmission Oil Pump (including control module)

### Where to go for warranty service

This warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

**• Hybrid components can only be serviced by a certified Volkswagen Hybrid Specialist. For a Volkswagen Hybrid dealer near you, please contact Customer Care at 1 (800) 822-8987. In the event of an emergency relating to the Hybrid System on your Volkswagen model, please take the vehicle to the closest Volkswagen dealer and arrangements will be made for diagnosis and repair.**

If your Volkswagen is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. Hybrid components can only be serviced by a certified Volkswagen Hybrid Specialist. For a Volkswagen Hybrid dealer near you, please contact Customer Care at 1 (800) 822-8987. In the event of an emergency relating to the Hybrid System on your Volkswagen model, please take the vehicle to the closest Volkswagen dealer and arrangements will be made for diagnosis and repair.

If your Volkswagen is within the United States Hybrid System Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you. ▶

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company car", on the date such vehicle is first placed in service.

The Hybrid System Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a new or remanufactured genuine Volkswagen part.

## What is not covered

### Maintenance services[1)]

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- Damage or malfunctions which are the result of improper repair of the vehicle, installation of any non-Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- Non-Genuine Volkswagen parts (referred to as Aftermarket parts), crash parts repaired due to damage in a collision (referred to as Remanufactured collision parts), parts obtained from another used vehicle (referred to as salvage parts), and any resultant damage to associated vehicle parts or systems caused by the failure of the aforementioned parts; or
- Damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- Damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- Damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- Damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- Damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- Damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

### Wear and tear items

This warranty does not cover the replacement of any Hybrid System components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance ▶

1) Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

152.5U3.WAR.23

section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This warranty does not cover damage caused by airborne industrial pollutants (e.g., acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

This warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging. Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

**The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty.** ◁

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the following states:

- California
- Connecticut
- Delaware
- Maine
- Maryland
- New Jersey
- Oregon
- Rhode Island
- Vermont
- Washington (state)
- Washington, D.C.
- Commonwealth of Massachusetts
- Commonwealth of Pennsylvania

Therefore, the owner of an above-mentioned vehicle may have warranty rights under both federal and state-mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**
Tel.: **1 (800) 822-8987**

**Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.** ◁

## Federal Emissions Control System Defect Warranty

### For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee for every **model year 2015** Volkswagen vehicle imported by Volkswagen:

- Was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- Is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

▶

152.5U3.WAR.23

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers
- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- On-Board Diagnostic (OBD) System: including Malfunction Indicator Lamp (MIL) and Data Link Connector (DLC)
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◁

## For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On-Board Diagnostic Device (OBD) ◁

# Federal Emissions Performance Warranty

## For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), warrants to the original retail purchaser or original lessee of a **model year 2015** Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- The vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA approved State Inspection and Maintenance (I/M) test or inspection, or
- If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails I/M test or inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on board diagnostic device (OBD), and
- The failure of the I/M test or inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and
- The vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use. ◁

152.5U3.WAR.23

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an I/M test or inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in the Maintenance section of this booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the I/M test or inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- Warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- Work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- The use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Inspection and Maintenance test or inspection failure. ◁

# Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, or if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instructions for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. **Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacement

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Federal Emissions Warranties, Canadian dealers can submit a claim. Proof of United States ▶

residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Paid receipt(s),
- Repair order(s) and
- Part(s) removed from your Volkswagen model.

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".** You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105.

152.5U3.WAR.23

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, from the vehicle's original in-service date, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

- If damage or failure was due to misuse, alteration, accident, or collision; or
- Due to color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly. ◁

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealer.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◁

## Volkswagen corporate assistance

Your satisfaction with our product is very important to us, and we would like to make certain that we have had the opportunity to work with you and your dealer to resolve your concerns.

If your concerns are not resolved to your satisfaction by the dealer, please contact us.

**You can contact us using our Internet address:**

http://www.vw.com

Simply click on "Contact Us"

**Or by calling our toll-free number**

Tel.: **1 (800) 822-8987**

If you prefer to write, please use the following address:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

When you E-mail, Call or Write us, please provide the following information:

- **Your name, address and telephone number**
- **Vehicle Identification Number (VIN)**
- **Vehicle mileage**
- **Dealer name**
- **Nature of concern or problem**
- **Copies of repair orders or pertinent documents (if you are writing to us)**

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◁

152.5U3.WAR.23

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◁

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the time frame specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◁

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Volkswagen requires that you first send written notification to Volkswagen explaining the nonconformity that you have experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before you pursue other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that you provide the written notification). Send written notification to:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**IMPORTANT NOTICE:** Depending on the state's law, you may also be required to submit your complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE ▶

152.5U3.WAR.23

Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, Volkswagen suggests that you research and follow the laws in your state.

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (3033 Wilson Boulevard, Suite 600, Arlington, Virginia 22201). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it to Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Volkswagen Group of America, Inc.**
**Customer CARE**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

152.5U3.WAR.23

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program.

# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles. Now you too, can obtain the latest service information. Your Volkswagen dealer or a qualified technician may have to determine if a specific item of service information applies to your vehicle. You can order Volkswagen Owner's Literature 24 hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

**https://www.vw.techliterature.com** ◁

### What you will also find on the website

- Owner's Manuals
- Owner's Manuals Inserts and Supplements
- Warranty and Maintenance Manuals
- Sound System and Navigation Manuals ◁

# Tire Manufacturers

### List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

**Tire Manufacturers**

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548-4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847-3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847-3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Uniroyal Goodrich Tire Co.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

**Hankook Tires Corporate Headquarters**
1450 Valley Road
Wayne, NJ 07470
Tel.: 1 (877) 740-7000 ◁

152.5U3.WAR.23

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

Stamp of authorized Volkswagen Dealer

1.

2.

3.

4.

**Vehicle Identification Label**

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE
Complete Vehicle Identification Number
Last Name
First Name
Initial
Number
Street
Apt. No.
City
State
Zip Code
Please PRINT and give complete information
ADDR CHG VWUS

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**

## NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE

Complete Vehicle Identification Number

Last Name First Name Initial

Number Street Apt. No.

City State

Zip Code

Please **PRINT** and give complete information

ADDR CHG VWUS

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or an noncompliance with an applicable Federal motor vehicle safety standard becomes necessary.

Please complete one of the attached postcards if you change your address or purchase a used Volkswagen.

You need not use this card if you purchased your car through an authorized Volkswagen dealer.

Quote the complete Vehicle Identification Number (VIN) of your Volkswagen. Do not use an abbreviated number.

Locations of the Vehicle Identification Number (VIN) are illustrated and explained in the Owner's Manual.

Additional cards can be obtained from any authorized Volkswagen dealer.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 107 PONTIAC MI

POSTAGE WILL BE PAID BY ADDRESSEE

**ATTN PRODUCT COMPLIANCE**
**VOLKSWAGEN OF AMERICA INC**
**PO BOX 217022**
**AUBURN HILLS MI 48321-9802**

152.5U3.WAR.23

## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

**Odometer Replacement**

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service consultant about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

**Your technician will not check the above mentioned items in each case during regular service and maintenance visits.**

### Emission control maintenance

1 A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.

2 **Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturers specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.**

3 If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. **Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage.** Please see the warranty section of this booklet for further details.

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Authorized Volkswagen dealers are ready to serve you and are committed to quality service.**

152.5U3.WAR.23

# Volkswagen Carefree Maintenance Program

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled maintenances described in this booklet are covered with no charge for 1 year or 10,000 miles, whichever occurs first. ◁

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program. ◁

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program,

Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you. ◁

## Missed Maintenance Service

Volkswagen recommends that the customer have maintenance services performed at the scheduled time or mileage.

However, if a maintenance service is missed, it need not be "picked up" later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in the maintenance schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.

- Volkswagen will **not** reimburse owners for maintenance services performed at independent facilities. ◁

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee, or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in

service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period. ◁

## Other Terms

The Volkswagen Carefree Maintenance Program does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially reassembled from or repaired with parts obtained from another used vehicle (referred to as salvage parts).

The Volkswagen Carefree Maintenance Program is a program providing for scheduled maintenance at no additional cost to the customer, and is not part of the vehicle's Volkswagen New Vehicle Limited Warranty. ◁

152.5U3.WAR.23

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service consultant can answer any questions you may have.
- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service consultant.

| Delivery Inspection | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines. The Delivery Inspection was performed on: | |
| **Next Service:** | |
| Date:........................ | |
| Miles:.................. | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

◁

## Points to Review

**Points to review during every service.**

- Battery: Check **(and second battery if applicable)**
- Coolant level and frost protection: Check
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Headlights: Check adjustment
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Visual inspection of windshield. Note damage if necessary

◁

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

**Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

## Service at 20,000 miles

**Service at 20,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Sunroof: Open sunroof and check front water drains and clean if necessary **(Touareg only)**
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 30,000 miles

**Service at 30,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

## Service at 40,000 miles

**Service at 40,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI, 2.5L, and Jetta Hybrid engines only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: 6 speed DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 50,000 miles

**Service at 50,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt for supercharger: Replace **(Touareg Hybrid only)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(if applicable)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

## Service at 60,000 miles

**Service at 60,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(1.8T, 2.0T, 3.6L, and Touareg Hybrid engines only)**
- Sunroof: Open sunroof and check front water drains and clean if necessary **(Touareg only)**
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 70,000 miles

**Service at 70,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

## Service at 80,000 miles

**Service at 80,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(2.0L MPI, 2.5L, and Jetta Hybrid engines only)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: 6 speed DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 90,000 miles

**Service at 90,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| **Next Service:** | |
|---|---|
| Date:...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

152.5U3.WAR.23

## Service at 100,000 miles

**Service at 100,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt for supercharger: Replace **(Touareg Hybrid only)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Sunroof: Open sunroof and check front water drains and clean if necessary **(Touareg only)**
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(if applicable)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:....................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 110,000 miles

**Service at 110,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:....................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

## Service at 120,000 miles

**Service at 120,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Air filter element and snow screen: Replace element and clean screen and housing **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Convertible roof, CSC roof, and retractable hard top: Check for function and damage and clean and lubricate seals **(if applicable)**
- Convertible roof water drains: Check **(Beetle Convertible only)**
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel Particulate Filter: **Perform after the first 120,000 miles or 120,000 miles after a Diesel Particulate Filter (DPF) replacement:** Check ash loading according to manufacturer work procedure; Replace if necessary. **NOTE:** If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. **(2.0L and 3.0L TDI engine only)**
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check **(from above)** for leaks and damage
- Engine and engine compartment components: Check **(from below)** for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Headlights: Check adjustment
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, and hazard warning lights: Check
- Power steering: Check oil level
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt: Check condition **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Spark plugs: Replace **(All engines except TDI)**
- Sunroof and Panoramic sunroof: Check, clean, and lubricate **(if applicable)**
- Sunroof: Open sunroof and check front and rear water drains and clean if necessary **(if applicable)**
- Test drive: Check braking, kickdown, steering, electrical, heating and ventilation systems, air conditioning, handling, and parking brake
- Tie rod ends: Check for excessive play and looseness, check boots
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Rotate front to rear
- Transmission: 6 speed DSG (non Automatic): Change fluid and filter
- Underbody: Inspect under seal, underbody trims, pipe placing, and plug for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:....................... | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 130,000 miles

**Service at 130,000 miles or one year after last service, whichever occurs first.**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Replace **(2.0L TDI engine only)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:....................... | |
| Miles:................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

152.5U3.WAR.23

## Service at 140,000 miles

**Service at 140,000 miles or one year after last service, whichever occurs first**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Battery: Check **(and second battery if applicable)**
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition front and rear. Look for contact pattern and corrosion of brake discs, and check brake fluid level subject to abrasion
- Dust and pollen filter: Replace **(if applicable)**
- Engine: Change oil and replace oil filter
- Fuel filter: Replace **(2.0L and 3.0L TDI engines only)**
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Check and replace if necessary **(2.0L MPI only)** If replaced at 60,000 miles, check every 60,000 miles after. If not replaced at 60,000 miles, check every 20,000 miles until replaced, then every 60,000 miles
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires **(including spare)**
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

## Service at 150,000 miles

**Service at 150,000 miles or one year after last service, whichever occurs first**

- AdBlue® fluid: Check and add if necessary **(if applicable)**
- Brake pads: Check thickness and brake disc condition. Look for contact pattern and corrosion of brake discs **(front and rear)**
- Engine: Change oil and replace oil filter
- Hybrid components: Perform a visual inspection of high-voltage components and the lines in the engine compartment and the rear of the vehicle for damage
- Rear window: Check cleaning nozzle functionality **(if applicable)**
- Ribbed belt for supercharger: Replace **(Touareg Hybrid only)**
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side-door pillar
- Timing belt: Check **(if replacement is not necessary, perform check every 20,000 miles after until replacement is necessary) (Jetta Hybrid engine only)** ▶

- Timing belt for coolant pump: Check **(if replacement is not necessary, perform check every 20,000 miles after until replacement is necessary) (Jetta Hybrid engine only)**
- Tires: Rotate front to rear
- Transmission: Automatic (non DSG): Change fluid **(if applicable)**
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date:........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

◁

152.5U3.WAR.23

# Additional service

## Time-dependent maintenance items

**Every 1 year:**

Perform visual check of airbag system.

**Every 2 years:**

- Convertible roof: Check latch **(if applicable)**
- Dust and pollen filter: Replace **(if applicable)**
- Tire filler bottle in the tire mobility set: Check **(observe expiration date)**

**At the 3 year mark, then every 2 years regardless of miles driven:**

- Brake fluid and clutch unit: Replace fluid.

**Every 3 years:**

- Haldex clutch: Change oil **(Tiguan 2.0T and CC 3.6L 4MOTION® only)**

**Every 4 years regardless of miles driven:**

- AdBlue® fluid: Check fluid if the mileage is under 10.000 miles **(if applicable)**
- Spark plugs: Replace **(2.0L MPI and Jetta Hybrid only)**
- Tire filler bottle in the tire mobility set: Replace **(observe expiration date)**

**Every 6 years regardless of miles driven:**

- Air filter element and snow screen: Replace element and clean screen and housing (if mileage is under 60,000 miles) **(if applicable)**
- Spark plugs: Replace **(All engines except 2.0L MPI, Jetta Hybrid, and TDI)** ◁

# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven.

**Brake Fluid Replacement Record**

| **A brake fluid replacement was performed on:.........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:....................... | Today's date and<br>Volkswagen Dealer stamp |

| **A brake fluid replacement was performed on:.........................................** | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:....................... | Today's date and<br>Volkswagen Dealer stamp |

▶

152.5U3.WAR.23

Brake Fluid Replacement Record

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

Brake Fluid Replacement Record

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on:........................................... | |
|---|---|
| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |

152.5U3.WAR.23

## Brake Fluid Replacement Record

**A brake fluid replacement was performed on:..........................................**

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

**A brake fluid replacement was performed on:..........................................**

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

**A brake fluid replacement was performed on:..........................................**

| **Next Brake Fluid Replacement:**<br><br>Date:........................ | Today's date and<br>Volkswagen Dealer stamp |
|---|---|

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be replaced. The proper replacement of airbags will be entered into the record by your authorized Volkswagen Dealer.

| | | |
|---|---|---|
| **Front Airbag** | ❑ left | ❑ right |
| **Side Airbag** | **left** | **right** |
| | ❑ front | ❑ front |
| | ❑ rear | ❑ rear |
| **SIDEGUARD** | ❑ left | ❑ right |
| **Knee Airbag (where applicable)** | ❑ left | ❑ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

152.5U3.WAR.23

| | | |
|---|---|---|
| **Front Airbag** | ☐ left | ☐ right |
| **Side Airbag** | **left** | **right** |
| | ☐ front | ☐ front |
| | ☐ rear | ☐ rear |
| **SIDEGUARD** | ☐ left | ☐ right |
| **Knee Airbag (where applicable)** | ☐ left | ☐ right |

Authorized Volkswagen Dealer Stamp

Module replaced: Date:

Next Replacement: Date:

## Afterword

Volkswagen AG works constantly to improve all of its products. Due to ongoing vehicle development, changes in design, equipment, and technology are possible at any time. The information about equipment, appearance, performance, dimensions, weights, fuel consumption, standards, and functions of the vehicles is the information that was available as of the editorial deadline. Some of the equipment may not be available until later or may be available only in certain markets. Contact your authorized Volkswagen dealer or authorized Volkswagen Service Facility for more information. No legal obligations or commitments may be derived from the information, illustrations, and descriptions in this Manual.

No reprint, reproduction, or translation of this Manual is permitted, even in excerpts, without the express written consent of Volkswagen AG.

Volkswagen AG expressly reserves all rights under applicable copyright law. Subject to change.

Produced in Germany.

**© 2014 Volkswagen AG**

This paper was made from chlorine-free, bleached pulp.

USA Warranty and Maintenance:
CC, Eos, Tiguan, Passat, Touareg
Stand: 19.03.2014
Englisch USA: 05.2014
Artikel-Nr.: 152.5U3.WAR.23
561 012 003 A



1525U3WAR23