UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| LILA WILSON, MATTHEW MARTINO, THOMAS WILSON, TERESA GARELLA, MARY BLUE, RYAN BROWN, BRIAN MAYTUM, LEIGH GLASBAND, NICK PANOPOULOS, CARISSA MACCHIONE, SYDNEE JOHNSON, JOREGE CRUZ, DEBBIE GRAY, LORNE SPELREM and ISMAEL ORRANTIA, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,<br><br>     Defendants. | No: 17-cv-23033-Scola-Torres |

**VOLKSWAGEN AG'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

  Defendant Volkswagen AG ("VWAG") respectfully joins in and adopts the Motion filed by Defendant Volkswagen Group of America, Inc. ("VWGoA") to dismiss Plaintiffs' Amended Class Action Complaint ("AC") pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b). Dkt. No. 34.

  VWAG is a corporation organized and existing under the laws of Germany, with its principle place of business in Wolfsburg, Germany. AC ¶ 55. For the sake of brevity, VWAG respectfully adopts and incorporates herein by reference all of the grounds, arguments, documents, and exhibits submitted in support of VWGoA's Motion to Dismiss ("MTD"), and requests dismissal of Plaintiffs' AC for the same reasons. In addition to the arguments set forth in VWGoA's MTD, VWAG respectfully asserts two further grounds for dismissal: (I) Plaintiffs' claims for breach of express warranty (Count IV) fail to state a claim against VWAG, which did not issue the express warranties for Plaintiffs' vehicles, and (II) Plaintiffs' claims for breach of the implied warranty of merchantability under the laws of California (Commercial Code),

Georgia, North Carolina, Ohio, Florida, New York, Arizona, and Utah (Counts III, X, XXVII) fail to state a claim for lack of privity of contract between Plaintiffs and VWAG.

### I. PLAINTIFFS' BREACH OF EXPRESS WARRANTY CLAIMS FAIL

As discussed in VWGoA's MTD, Plaintiffs breach of express warranty claim is based upon the 3-year/36,000 mile New Vehicle Limited Warranties ("NVLW") applicable to their vehicles. AC ¶¶ 334-35. In contravention of Rule 8, the AC purports to lump VWGoA and VWAG together under the title "Volkswagen." *See Grendene USA, Inc. v. Brady*, 2015 WL 12830491, *3 (M.D. Fla. Oct. 2, 2015) (dismissing claims because the "Amended Complaint collectively refers to 'Defendants' without specifying which Defendant allegedly took which action"); *Lane v. Capital Acquisitions & Mgmt. Co.,* 2006 WL 4590705, at *5 (S.D. Fla. Apr. 13, 2006) ("By lumping all the defendants together in each claim and providing no factual basis to distinguish their conduct, the Lane's Complaint fails to satisfy the minimum standard of Rule 8."). However, VWGoA and VWAG are separate entities, and the NVLWs which are the subject of Plaintiffs' claims were issued by VWGoA, not VWAG. *See* Warranty and Maintenance booklets, Dkt. No. 34-1, Exhibits A-F, p. 2, 5.[1]

Since VWAG did not issue the NVLWs, Plaintiff's claims for breach of express warranty must be dismissed as against VWAG. *Luppino v. Mercedes-Benz USA, LLC,* 2013 WL 6047556, *6 (D.N.J. Nov. 12, 2013) (dismissing warranty claim against Daimler because the warranty was issued by MBUSA, not Daimler); *Wicks v. Chrysler Grp., LLC,* 2011 WL 3876179, *3 (E.D. Cal. Aug. 31, 2011).

### II. DISMISSAL OF BREACH OF IMPLIED WARRANTY CLAIMS OF PLAINTIFFS WILSON, MAYTUM, GLASBAND, BROWN, PANOPOULOS, SPELREM, MACCHIONE AND ORRANTIA

The breach of implied warranty claims under the laws of California, Georgia, North Carolina, Ohio, Florida, New York, Arizona, and Utah fail for lack of privity. Under the laws of

---

[1] Although the NVLWs are not attached to the Amended Complaint, the Court should consider them in ruling on this motion to dismiss since Plaintiffs premise their express warranty claim on these written warranties and their contents are not in dispute. *See* AC ¶¶ 284, 334; *Aprigliano v. Am. Honda Motor Co.,* 979 F. Supp. 2d 1331, 1334 n.2 (S.D. Fla. 2013).

these states, vertical privity is a prerequisite to sustain an implied warranty claim for economic damages. *Clemens v. DaimlerChrysler Corp.*, 534 F.3d 1017, 1023 (9th Cir. 2008); *Speier-Roche v. Volkswagen Grp. of Am. Inc.,* 2014 WL 1745050, at *7 (S.D. Fla. Apr. 13, 2014); *In re Scotts EZ Seed Litig.*, 2013 WL 2303727, *8 (S.D.N.Y. May 22, 2013); *Monticello v. Winnebago Indus.*, 369 F. Supp. 2d 1350, 1361 (N.D. Ga. 2005); *Kelly v. Ga.-Pac. LLC*, 671 F. Supp. 2d 785 (E.D.N.C. 2009); *Curl v. Volkswagen of Am., Inc.*, 114 Ohio St. 3d 266, 271 (Ohio 2007); *Davencourt at Pilgrims Landing Homeowners Ass'n v. Davencourt at Pilgrims Landing, LC*, 221 P.3d 234, 252 (Utah 2009); *Flory v. Silvercrest Indus. Inc.*, 633 P.2d 383, 387 (Ariz. 1981).

VWAG, the remote German manufacturer of certain putative class vehicles, has no privity of contract with any of the Plaintiffs.

Plaintiffs' allegation that they are intended third-party beneficiaries of the NVLW fails for the reasons discussed in VWGoA's MTD, p 9. Moreover, VWAG did not issue the NVLWs, and could not have "intended" to benefit anyone through a warranty it never issued. *See Baughan v. Royal Caribbean Cruises, Ltd,* 944 F. Supp. 2d 1216, 1218 (S.D. Fla.2013). Without identifying any contract entered into by VWAG, let alone one that they could claim third-party beneficiary status, Plaintiffs' attempt to avoid the privity rule must be rejected. *See Kirsopp v. Yamaha Motor Co.*, 2015 WL 11197829, at *5 (C.D. Cal. Jan. 7, 2015).[2] So, too, must Plaintiffs' attempt to plead an "agency" exception be rejected, as it is based solely upon insufficient conclusory allegations which impermissibly lump separate defendants together. AC ¶ 239 *et seq.*; *Grendene*, 2015 U.S. Dist. LEXIS 183904, at *3; *Lane*, 2006 WL 4590705 at *5. The AC fails to plead facts establishing the existence of any "agency" relationship between VWAG and any entity which sold these Plaintiffs their vehicles.

Accordingly, the breach of implied warranty claims of Plaintiffs Wilson, Maytum, Glasband, Brown, Panopoulos, Spelrem, Macchione, and Orrantia must be dismissed against VWAG.

---

[2] The attempt to circumvent privity under Georgia, North Carolina, and Ohio law must also fail for the reasons discussed in VWGoA's MTD and Reply brief. Dkt. No. 34, p. 9.

## CONCLUSION

For the reasons set forth in VWGoA's motion to dismiss, incorporated herein, and the further reasons set forth above, VWAG respectfully requests that the motion be granted and the Plaintiffs' Amended Complaint be dismissed; together with such other and further relief as the Court deems just and proper.

Dated: April 3, 2018

Respectfully submitted,

By: /s/ Stanley H. Wakshlag
Stanley H. Wakshlag
E-mail: shw@knpa.com
Kenny Nachwalter, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Jeffrey L. Chase (*pro hac vice*)
jchase@herzfeld-rubin.com
Michael B. Gallub (*pro hac vice*)
mgallub@herzfeld-rubin.com
Homer B. Ramsey (*pro hac vice*)
hramsey@herzfeld-rubin.com
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, NY 10004
Tel.: (212) 471-8500

*Attorneys for Volkswagen AG*

## CERTIFICATE OF SERVICE

I hereby certify that on this on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

                                                      /s/ Stanley H. Wakshlag
                                                      Stanley H. Wakshlag

### SERVICE LIST
US District Court, Southern District of Florida
Case No. 17-cv-23033-SCOLA-TORRES
*Lila Wilson, et al. v. Volkswagen Group of America, Inc., et al.*

**PODHURST ORSECK, P.A.**
Roy K. Altman
E-mail: raltman@podhurst.com
Dayron Silverio
E-mail: dsilverio@podhurst.com
One SE 3rd Avenue, Suite 2700
Miami, Florida 33131
**VIA CM/ECF**

**KREHER & TRAPANI, LLP**
Peter Kreher
E-mail: pete@krehertrapani.com
Francesco P. Trapani
E-mail: frank@krehertrapani.com
1325 Spruce St.
Philadelphia, PA 19107
**VIA CM/ECF**

**POGUST BRASLOW & MILLROOD, LLC**
Harris Pogust
E-mail: hpogust@pbmattorneys.com
Andrew J. Sciolla
E-mail: asciolla@pbmattorneys.com
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
**VIA CM/ECF**
**Attorneys for Plaintiffs**