United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lila Wilson and others, Plaintiffs, )<br>)<br>v.    )<br>)<br>Volkswagen Group of America, Inc. )<br>and Volkswagen AG, Defendants. ) | Civil Action No. 17-23033-Civ-Scola |

### Order Administratively Closing Case Upon Notice of Settlement

The parties have notified the Court that "they are nearing a proposed class settlement to resolve the claims asserted in this action." (Jt. Not., ECF No. 101.) By July 26, 2019, the parties must file a motion for preliminary approval of the settlement and certification of the settlement class, as provided for in Federal Rule of Civil Procedure 23. The Court directs the Clerk to administratively **close** this case in the meantime.

**Done and ordered**, at Miami, Florida, on June 28, 2019.

_____
Robert N. Scola, Jr.
United States District Judge