UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| LILA WILSON, MATTHEW MARTINO, THOMAS WILSON, TERESA GARELLA, MARY BLUE, RYAN BROWN, BRIAN MAYTUM, LEIGH GLASBAND, NICK PANOPOULOS, CARISSA MACCHIONE, SYDNEE JOHNSON, JORGE CRUZ, DEBBIE GRAY, LORNE SPELREM, & ISMAEL ORRANTIA, on behalf of themselves and all others similarly situated, | : | **CASE NO: 17-23033-CV-SCOLA** |
| Plaintiffs, | : | |
| VOLKSWAGEN GROUP OF AMERICA, INC., and Volkswagen AG, | : | |
| Defendants. | : | |

**THE PARTIES' JOINT MOTION TO MODIFY DEADLINES CONCERNING THE PROPOSED CLASS ACTION SETTLEMENT**

The Plaintiffs and the Defendants hereby jointly and respectfully seek to modify certain deadlines relating to the proposed class action settlement that the Court preliminarily approved on August 23, 2019 (ECF No. 109), and in support assert as follows:

1. On July 26, 2019, Plaintiffs filed an unopposed motion for preliminary approval of the class action settlement, preliminary certification of the settlement class, and approval of the class notice (ECF. No. 103).

2. On August 23, 2019, following a hearing, the Court granted Plaintiffs' motion, preliminarily approving the settlement. (ECF No. 109.) As requested by the Parties, the Court set the following deadlines and schedule in its Order preliminarily approving the settlement:

| Date | Event |
|---|---|
| November 8, 2019 | Deadline to File Plaintiffs' Motion for Final Approval of the Settlement, Class Counsel's Request for Attorneys' Fees, Costs, and Expenses, and Volkswagen's Memorandum in Support of Final Approval of the Settlement |
| November 27, 2019 | Deadline for Class Members to Opt Out of the Settlement or Object to the Settlement |
| December 5, 2019 | Deadline for Plaintiffs, Class Counsel, and Volkswagen to File Responses to Objections, and for Claim Administrator to File a List of Class Members Who Opted Out and the Details of the Notice Program's Implementation |
| December 9, 2019 | Fairness Hearing at 8:30AM |

3.  As soon as the Court entered its Order preliminarily approving the settlement, Class Counsel and Volkswagen's counsel began working diligently with the Claim Administrator, Epiq Global, to implement the Notice Plan.  In order to afford a 30-day period for Class Members to object to or opt out of the settlement, Epiq planned to mail the Class Notice on or before October 28, 2019.

4.  Epiq (through its data vendor Polk/IHS Markit), however, encountered an unexpected delay in obtaining certain address information for Class Members necessary to mail the notices to the Class Members.  This delay occurred despite the best efforts of the Parties to avoid it and as a result of circumstances beyond the Parties' control.  More specifically, the delay occurred because the requisite data for Class Members from certain states could not be released to Epiq until the appropriate agencies within those states authorized it.  Despite repeated requests, the agencies of certain states provided the authorizations a substantial amount of time later than is typical and expected in these circumstances.  As a result, Epiq was not able to mail

the notices to Class Members by October 28, 2019, as it had planned to do in order to provide Class Members with sufficient time to evaluate the settlement before the opt-out and objection deadlines.

5.   Epiq has now received the data necessary to implement the Notice Plan, and it will be ready to mail the notices to Class Members by November 27, 2019.

6.   To account for the unexpected delay described above, and to ensure that the settlement evaluation process complies with Rule 23, the Parties jointly propose that the deadlines established in the Court's preliminary approval order be modified as follows:

| New Date | Event |
| --- | --- |
| December 4, 2019 | Deadline to File Plaintiffs' Motion for Final Approval of the Settlement, Class Counsel's Request for Attorneys' Fees, Costs, and Expenses, and Volkswagen's Memorandum in Support of Final Approval of the Settlement |
| December 30, 2019 | Deadline for Class Members to Opt Out of the Settlement or Object to the Settlement |
| January 13, 2020 | Deadline for Plaintiffs, Class Counsel, and Volkswagen to File Responses to Objections, and for Claim Administrator to File a List of Class Members Who Opted Out and the Details of the Notice Program's Implementation |
| January 23 or 24, 2020, or the week of January 27, 2020 | Fairness Hearing |

7.   Modifying the settlement-related deadlines in this manner will ensure that Class Members have sufficient time to evaluate the settlement before the deadline to opt-out or object expires, that the Parties have sufficient time to evaluate and respond to any objections, and for

the final fairness hearing to occur in a reasonable time thereafter, consistent, of course, with the Court's availability.

8. This request is being made in good faith, and no party will be prejudiced by the relief requested. The parties have attached a proposed order granting the relief sought in this motion.

WHEREFORE, the parties hereby jointly and respectfully move this Court to modify the deadlines related to the proposed class settlement, as specified in this motion and the attached proposed order.

Dated: November 7, 2019                                     Respectfully submitted,

**PODHURST ORSECK, P.A.**
*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
Podhurst Orseck, P.A.
One SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Email: pprieto@podhurst.com
           mweinshall@podhurst.com
           adelriego@podhurst.com

**KREHER & TRAPANI, LLP**
*Francesco P. Trapani, Esq.*
Francesco P. Trapani, Esq. *(Pro Hac Vice)*
frank@krehertrapani.com
1325 Spruce St.
Philadelphia, PA 19107
Phone: (215) 907-7290


**POGUST BRASLOW & MILLROOD, LLC**
*/s/ Harris Pogust, Esq*
Harris Pogust, Esq. *(Pro Hac Vice)*
HPogust@pbmattorneys.com
Eight Tower Bridge, Suite 940
161 Washington Street

        Conshohocken, PA 19428
        Phone: (610) 941-4204

*Attorneys for the Plaintiffs*


**KENNY NACHWALTER, P.A.**
*/s/ Stanley H. Wakshlag*
Stanley H. Wakshlag
shw@knpa.com
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000

**HERZFELD & RUBIN, P.C.**
Michael B. Gallub *(Pro Hac Vice)*
mgallub@herzfeld-rubin.com
Homer B. Ramsey *(Pro Hac Vice)*
hramsey@herzfeld-rubin.com
125 Broad Street
New York, NY 10004
(212) 471-8500

*Attorneys for Defendants Volkswagen Group of America, Inc. and Volkswagen AG*


## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Peter Prieto*
        Peter Prieto