United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lila Wilson and others, Plaintiffs, <br><br> v. <br><br> Volkswagen Group of America, Inc. and Volkswagen AG, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 17-23033-Civ-Scola <br> ) <br> ) <br> ) |

### Order Granting the Parties' Joint Motion to Modify Deadlines Concerning the Proposed Class Action Settlement

This matter, having come before the Court upon the Parties' joint motion to modify deadlines, and the Court, having reviewed the motion and being otherwise advised in the premises, **grants** the motion (**ECF No. 110**).

The deadlines established in this Court's prior order preliminarily approving the settlement and certifying the class (ECF No. 109) are modified as follows:

(i) Plaintiffs must file their Motion for Final Approval of the Settlement and Incorporated Memorandum of Law, and Class Counsel shall file their Fee and Expense Application and request for service awards for Plaintiffs, no later than **December 4, 2019**;

(ii) If Defendants choose to file a memorandum of law in support of final approval of the Settlement, they also must do so no later than **December 4, 2019**.

(iii) Class Members must file any objections to the Settlement, the Motion for Final Approval of the Settlement, Class Counsel's Fee and Expense Application and/or the request for service awards no later than **December 30, 2019**, and such objections must be received by the Court no later than **December 30, 2019** to be considered by the Court;

(v) Class Members must submit requests for exclusion from the Settlement no later than **December 30, 2019**;

(vi) The Claim Administrator must file with the Court, no later than **January 13, 2020**, (a) a list of those persons or entities who or which have opted out or excluded themselves from the Settlement; and (b) the details outlining the scope, method and results of the notice program;

(vii) Plaintiffs and Class Counsel shall file their responses to timely filed objections to the Settlement and Fee and Expense Application no later than **January 13, 2020**;

      (viii) If Defendants choose to file a response to timely filed objections to the Settlement, they shall do so no later than **January 13, 2020**.

The Court directs the Clerk to **reset** the fairness hearing previously set for December 9, 2019, at 8:30 am, to **January 27, 2020 at 8:30 a.m.**, at the United States Courthouse, Wilkie D. Ferguson, Jr. Building, Courtroom 12-3, 400 North Miami Avenue, Miami, Florida 33128.

**Done and ordered** in Chambers at Miami, Florida, on November 8, 2019.

*[signature]*
Robert N. Scola, Jr.
United States District Judge