United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lila Wilson and others, Plaintiffs, <br><br> v. <br><br> Volkswagen Group of America, Inc. and Volkswagen AG, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 17-23033-Civ-Scola <br> ) <br> ) <br> ) |

## **Final Judgment**

It is hereby adjudged and decreed pursuant to Federal Rule of Civil Procedure 54(b) and 58 as follows:

(1) The Court has entered a final order approving the class action settlement in this case (ECF No. 124); and

(2) For the reasons stated in the Court's final order approving this class action settlement, judgment is entered in accordance with the final order approving the class action settlement in this case and the Plaintiffs' released claims asserted against Volkswagen Group of America, Inc., Volkswagen AG and all released parties in this action are dismissed with prejudice, without costs to any party, except as otherwise provided in final order approving the class action settlement in this case or in the settlement agreement.

Done and ordered in chambers at Miami, Florida on January 29, 2020.

Robert N. Scola, Jr.
United States District Judge